UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TROY SLACK, JACOB GRISMER, RICHARD ERICKSON, and SCOTT PRAYE, Individually, and as Putative Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>Defendants. | Case No. 3:11-cv-05843 BHS<br><br>ASSIGNED TO THE HONORABLE BENJAMIN H. SETTLE<br><br>**PROPOSED ORDER GRANTING CLASS CERTIFICATION**<br><br>[Complaint Filed: September 9, 2011] |

THIS MATTER came before the Court on Plaintiffs' Motion for Class Certification;

THE COURT considered the parties' briefs, declarations and arguments is duly informed;

NOW, THEREFORE, THE COURT ORDERS THAT the motion is GRANTED; And FURTHER ORDERS THAT;

1. That the Class described in Plaintiffs' brief be certified as a Rule 23(b)(3) class;

2. That the following persons or entities are excluded from the class: "Defendant's Owner/Operators, the Defendant itself, any entity in which Defendant has a controlling

PROPOSED ORDER GRANTING CLASS CERTIFICATION

NELSON BOYD, PLLC
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WA 98010
(206) 971-6701

interest or which has a controlling interest of Defendant, the shareholders of the Defendant and their immediate family members, and Defendant's legal representatives, assignees and successors. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family."

3. That Plaintiffs, Troy Slack, Jacob Grismer, Richard Erickson, Scott Praye, Gary H. Roberts, Robert P. Ullrich, Henry Ledesma, Timothy Helmick, Dennis Stuber, Eric Dublinski, and Sean P. Forney are designated and appointed as representatives for the Class;

4. That Nelson Boyd, LLC and The Cochran Firm Dothan and The Cochran Firm Birmingham are appointed as counsel for the Class;

5. That no later than 20 days from the date of this order, Plaintiffs shall submit to Defendants' counsel the proposed Notice forms and the Plan for disseminating Notice to the Class. Counsel shall then confer as to the proposed Notice and Plan. The parties shall submit an agreed Notice and Plan to the court. If the parties are not in agreement, each will submit their proposed Notice and Plan to the court for decision.

Dated this _____ day of _____, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

PROPOSED ORDER GRANTING CLASS CERTIFICATION

NELSON BOYD, PLLC
411 UNIVERSITY STREET, SUITE 1200
SEATTLE, WA 98010
(206) 971-6701

1
2
3  "Presented by"
4
   Dated this 28th day of June, 2013.
5
6
                              /s/ Joseph D. Lane
7                             **JOSEPH D. LANE (Admitted Pro Hac Vice)**
                              jlane@cochranfirm.com
8                             **THE COCHRAN FIRM-DOTHAN**
                              Post Office Box 927
9                             111 E. Main St.
                              Dothan, Al 36302
10                            (334)673-1555
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PROPOSED ORDER GRANTING CLASS CERTIFICATION