# Exhibit 1

## Plaintiffs' Motion for Class Certification and Supporting Brief



## Acknowledgement of Rate of Pay for Washington Based Driving Employees

All Washington based drivers are entitled to overtime pursuant to state law. Accordingly, the mileage rates in Washington State are higher than elsewhere because, in accordance with state law, Swift has built overtime into those rates.

*Employee Acknowledgement:*

☐ I acknowledge I have received notice that my mileage rate of pay includes overtime.

☐ I refuse to sign.

_____
**Signature**

_____            _____
**Date**                                               **Employee #**

Rate Acknowledgement Form 09/01/11    **To be signed in orientation for all Washington based drivers**