# Exhibit 3

Plaintiffs' Motion for Class Certification
and Supporting Brief

# Deposition of Eric Dublinski

# Slack, et al. v. Swift Transportation Co. of Arizona, LLC

# February 14, 2013



1411 Fourth Avenue, Suite 820 • Seattle, Washington 98101

SEATTLE  **206.287.9066**

OLYMPIA **360.534.9066**      SPOKANE **509.624.3261**      NATIONAL **800.846.6989**

Fax: 206.287.9832
E-mail: info@buellrealtime.com
www.buellrealtime.com

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
No. 3:11-cv-05843 BHS

TROY SLACK, JACOB GRISMER, RICHARD    )
ERICKSON, SCOTT DOYLE, GARY H.        )
ROBERTS, ROBERT P. ULRICH, HENRY      )
LEDESMA, TIMOTHY HELMICK, DENNIS      )
STUBER, ERIC DUBLINSKI, SEAN P.       )
FORNEY, individually, and as Putative )
Class Representatives,                )
                                      )
        Plaintiffs,                   )
                                      )
        vs.                           )
                                      )
SWIFT TRANSPORTATION CO. OF ARIZONA,  )
LLC,                                  )
                                      )
        Defendant.                    )

VIDEOTAPE DEPOSITION UPON ORAL EXAMINATION
OF
ERIC DUBLINSKI

Taken at
1420 Fifth Avenue
Suite 4100
Seattle, Washington 98101

DATE TAKEN:  Thursday, February 14, 2013
REPORTED BY:  Sherilynn McKay, RMR, CRR, CCR 3236

---

Page 2

1           A P P E A R A N C E S
2
3   FOR       ROBERT J. CAMP, ESQ.
    PLAINTIFFS:  THE COCHRAN FIRM
4          1929 Third Avenue North
           Suite 800
5          Birmingham, Alabama 35203
           rcamp@cochranfirm.com
6
           - and -
7
           JOSEPH D. LANE, ESQ.
8          THE COCHRAN FIRM, P.C.
           163 West Main
9          PO Box 927
           Dothan, Alabama 36302
10         jlane@cochranfirm.com
11
    FOR      ELLEN BRONCHETTI, ESQ.
12  DEFENDANT:   SHEPPARD MULLIN
           Four Embarcadero Center
13         17th Floor
           San Francisco, California 94111-4109
14         ebronchetti@sheppardmullin.com
15
16         ALSO PRESENT
           Brook Young, Videographer
17         Buell Realtime Reporting, LLC
18
                 *******
19
20
21
22
23
24
25

---

Page 3

1                  I N D E X
2
3   EXAMINATION                    PAGE
    ERIC DUBLINSKI
4       EXAMINATION BY MS. BRONCHETTI.................  5
5
6
7                    - - -
8
9
                 E X H I B I T S
10
                               PAGE
11  Exhibit 1 .....................................
        Swift Transportation Linehaul Driver Pay    82
12  Plan effective 4/29/09 DO10223-224
13  Exhibit 2 .....................................
        Swift Transportation Linehaul Driver Pay    83
14  Plan effective 12/1/06 DO10225-26
15
16
17                   - - -
18
19
20
21
22
23
24
25

---

Page 4

1       Seattle, Washington; Thursday, February 14, 2013
2               9:35 a.m.
3
4       THE VIDEOGRAPHER:  This is the deposition of
5   Eric Dublinski in the matter of Slack, et al., versus
6   Swift Transportation Company of Arizona, LLC, Cause
7   No. 3:11-Cv-05843 BHS, in the United States District
8   Court, Western District of Washington at Tacoma.  It was
9   noticed by Ellen Bronchetti.
10      The time now is approximately 9:35 a.m. on this
11  14th day of February, 2013.  We are convening at 1420
12  Fifth Avenue, Suite No. 4200, in Seattle, Washington.
13      My name is Brook Young, from Buell Realtime
14  Reporting, LLC, located at 1411 Fourth Avenue,
15  Suite No. 820, in Seattle, Washington, 98101.
16      Starting on my left, will counsel and all
17  present please identify themselves for the record.
18      MS. BRONCHETTI:  Ellen Bronchetti, attorney for
19  Swift Transportation.
20      MR. CAMP:  Robert Camp, attorney for plaintiffs.
21      MR. LANE:  Joseph Lane, attorney for plaintiffs.
22      THE VIDEOGRAPHER:  The court reporter may now
23  swear in the witness.
24
25

Page 5

1   ERIC DUBLINSKI          witness herein, having
2                    been first duly sworn on
3                    oath, was examined and
4                    testified as follow:
5
6           EXAMINATION
7   BY MS. BRONCHETTI:
8   Q. Have you ever had your deposition taken before?
9   A. No.
10  Q. Do you understand that today we're going to --
11  you're testifying under oath.
12  A. Yeah.
13  Q. Okay. And you know what perjury is?
14  A. Yes.
15  Q. You promise to tell the truth today?
16  A. Yes.
17  Q. Okay. Before I get into the questions, I want
18  to ask you today, I just want to go over the ground
19  rules so we're all on the same page. Today I'm entitled
20  to your best testimony. I might be asking you about
21  events that occurred all the way back to 2008, and you
22  might not know exactly the response, but I'm entitled to
23  your most complete response. Do you understand that?
24  A. Yes.
25  Q. Will you do that for me today?

Page 6

1   A. Sure.
2   Q. It's very important that you don't guess. Okay?
3   So you've never been to my office in San Francisco.
4   Right?
5   A. No.
6   Q. So if I asked you if there was a desk in there,
7   while, you know, most attorneys have desks in their
8   office, you would assume, you can't answer that, that
9   would be a complete guess. Right?
10  A. Yeah.
11  Q. You've met me today. Right?
12  A. Yeah.
13  Q. And I didn't tell you how old I was. Right?
14  A. No.
15  Q. But you could probably estimate that I'm
16  somewhere between 19 and 25 -- no, just kidding. You
17  know I'm not 70 years old. Correct?
18  A. Yeah.
19  Q. So somewhere in there you could give me an
20  estimate.
21  A. Yeah.
22  Q. So if you have any personal knowledge,
23  experience, I'm entitled to your estimate, even though
24  you don't have an exact answer. Will you try to do that
25  today?

Page 7

1   A. Sure.
2   Q. I'm going to be asking you a lot of questions.
3   Sometimes the questions I ask you aren't going to make
4   sense to you, or they might be too complicated or long.
5   If that's the case at any point, you need to say can you
6   repeat your question, I don't understand your question,
7   and I'll rephrase my question. Okay?
8   A. Okay.
9   Q. But if you answer my question, it's assumed that
10  you understood it, and your answer will stand. Okay?
11  A. Okay.
12  Q. At any time if you need a break, throughout this
13  proceeding, just tell me, and we'll take a break. This
14  is not a marathon. The only thing I ask that you do is
15  answer a question pending before we go off the record.
16  Fair enough?
17  A. Sure.
18  Q. You and I, in normal conversation, we interrupt
19  each other, we use our hands, we nod our heads, and we
20  know what each other means. That's normal. Today is a
21  little bit dysfunctional. We have a court reporter
22  taking down everything both of us say. The importance
23  of that is two things. One, we have to try to give
24  verbal answers. While I understand when you're shaking
25  your head you might be agreeing with something I say,

Page 8

1   that is not what she is able to type out.
2   A. Okay.
3   Q. So if you can try to verbalize your responses,
4   that would be helpful.
5   A. Oh, okay.
6   Q. The other thing, to make our job easier, her job
7   easier, and this day get done as quickly as possible, we
8   have to try to wait for the other person to stop
9   speaking before the other answers. That's so we can
10  have a clean record, and so that the testimony is clear.
11  Do you understand that?
12  A. Yes.
13  Q. Okay. After today's proceeding, you'll have an
14  opportunity to correct any answers to the questions that
15  you gave me today; however, if we do go to trial in this
16  matter, and you change your answer, I'm able to comment
17  on those at trial as to going to your credibility. Do
18  you understand?
19  A. Yeah.
20  Q. That's why it's really important for you to do
21  your best to tell me everything you know to answer my
22  questions, to make sure you understand my questions.
23  A. Okay.
24  Q. Do you have any questions about anything we just
25  covered?

Page 9

1     A. No.
2       MR. CAMP: Can we go off the record for a
3  minute?
4       MS. BRONCHETTI: Of course.
5       THE VIDEOGRAPHER: Going off the record. The
6  time now is approximately 9:39 a.m.
7       (Discussion off the record.)
8       THE VIDEOGRAPHER: Going back on the record.
9  The time now is approximately 9:40 a.m.
10      MR. CAMP: Counsel off record has discussed a
11 stipulation, and plaintiffs are willing to stipulate
12 that they are making no claims of breach of contract or
13 implied contract related to the payment of Rand McNally
14 miles versus actual miles, or hub miles.
15      Do you have anything you'd like to add?
16      MS. BRONCHETTI: No. Thank you.
17 BY MS. BRONCHETTI:
18      **Q. Okay. Now, I just went into the long-winded way**
19 **of telling you that it's really important to tell the**
20 **truth today and to get your best testimony. So before I**
21 **can start asking you questions, I have to make sure**
22 **you're able to tell the truth. So have you had any**
23 **drugs within the last 24 hours or medication that could**
24 **impact your ability to testify truthfully today?**
25      A. No, ma'am.

Page 10

1       **Q. Okay. Do you have any concern about being able**
2  **to tell the truth today?**
3       A. No.
4       **Q. Before today, did you prepare for this**
5  **deposition today in any way?**
6       A. Yes, I did.
7       **Q. What did you do to prepare?**
8       A. I went over the, some of the documents, and just
9  got a feel for what would be going on a little bit.
10      **Q. What documents did you go over?**
11      A. I don't know the names of those. Just the case
12 documents.
13      MR. CAMP: And don't reveal anything that we
14 said to you.
15 BY MS. BRONCHETTI:
16      **Q. Does anything come to mind that you can**
17 **describe, what was on the page that you reviewed in**
18 **preparation for your deposition today?**
19      A. Well, just my name was on there, and I didn't
20 actually read the whole thing very well.
21      **Q. So was that the complaint, it was on a formal**
22 **looking piece of --**
23      A. Yeah.
24      **Q. Prior to -- when did you review the complaint?**
25      A. When?

Page 11

1       Q. Yes.
2       A. Last night, and I saw it this morning also.
3       **Q. Was that the first time you ever reviewed the**
4  **complaint?**
5       A. No.
6       **Q. When was the first time you reviewed the**
7  **complaint?**
8       A. Back -- back at a meeting, about a year and a
9  half ago, I think.
10      **Q. When you reviewed the complaint -- when did you**
11 **review -- so when you were reviewing the complaint last**
12 **night and this morning, did anything come to mind to you**
13 **that you disagreed with that's in the complaint?**
14      A. No, no.
15      **Q. Other than reviewing the complaint in**
16 **preparation for your deposition today, did you review**
17 **any other documents?**
18      A. No.
19      **Q. Other than your attorney, did you --**
20 **attorneys -- did you speak to anyone about your**
21 **deposition here today?**
22      A. Not -- I, my friend knows I was coming up here,
23 and my family, I told them I was coming up to Seattle
24 for this, but no discussion about anything in the --
25 about it.

Page 12

1       **Q. Is your friend that you spoke to, is he one of**
2  **the other named plaintiffs in this lawsuit?**
3       A. Yes.
4       **Q. Who is that?**
5       A. Jacob Grismer.
6       **Q. What did you tell Jacob Grismer about your**
7  **deposition here today?**
8       A. I told him how to get here, and that's kind
9  of -- you know, that I'm up here to do it, and he's
10 going to have to be coming up here too, so I just said,
11 "Don't drive by it like I did."
12      **Q. You missed Seattle?**
13      A. Hmmm?
14      **Q. You missed the city?**
15      A. Well, I just drove right by -- I didn't see the
16 Olympic Fairmont sign --
17      **Q. Got you.**
18      A. -- so I kept on going.
19      **Q. You didn't discuss the content of your**
20 **deposition today?**
21      A. No.
22      **Q. You just basically talked about logistics?**
23      A. (Witness nods head.)
24      **Q. Okay. Have you told me everyone that you've**
25 **spoken with about your deposition here today?**

Page 13

```
 1        A.  Is that including all of time or --
 2        Q.  That's a good question.  Well, tell me everyone
 3   who you've spoken with about your deposition other than
 4   your attorneys.  You spoke to --
 5        A.  I've actually spoke to no one about it.  I mean,
 6   they know of it, but --
 7        Q.  What is your understanding about what this
 8   lawsuit is about?
 9        A.  Well, I'm representing all the Washington-based
10   drivers that are getting paid by the mile, and I want to
11   cooperate with my lawyers and do what needs to be done
12   to point out that our belief in that they're not really
13   paying us.
14        Q.  They're not paying you what?
15        A.  Overtime pay.
16        Q.  Other than not being paid overtime, are there
17   any other claims that you're aware of that are being
18   made in this lawsuit?
19        A.  Yeah, I'm aware of the orientation prehirings
20   thing, that they're calling it prehiring, and then feel
21   we should be paid for that, since they basically said,
22   yeah, you got the job, come on up here.  And that was
23   ten years ago.  I can't remember how -- and what was the
24   question again?
25        Q.  Other than the claim of overtime, are there any
```

Page 14

```
 1   other claims that you're aware of?  You've mentioned the
 2   orientation claim.  Are there any other claims that
 3   you're aware of that you're making in this lawsuit?
 4        A.  Me personally making or --
 5        Q.  You as a class representative.
 6        A.  The per diem.
 7        Q.  What's that all about, based on your
 8   understanding?
 9        A.  I don't understand much about it, because I
10   never did it.
11        Q.  Do you know anything about the per diem claim?
12        A.  Well, I heard that Swift unrightfully withheld
13   like a penny and a half when they were not supposed to
14   do that.
15        Q.  Who told you that?
16        MR. CAMP:  Objection to the form -- sorry.
17   Objection.  Attorney-client privilege.
18   BY MS. BRONCHETTI:
19        Q.  Did someone other than your attorney tell you
20   that?
21        A.  No.
22        Q.  Other than the overtime claim, the orientation,
23   prehire issue, the per diem claim, is there any other
24   claim that you're aware of that you're bringing in this
25   lawsuit?
```

Page 15

```
 1        A.  What were the three again?  The first,
 2   mileage --
 3        Q.  The mileage, overtime --
 4        A.  No, none other than those three.
 5        Q.  That's everything?
 6        A.  (Witness nods head.)
 7        THE REPORTER:  Are you okay with the nod?
 8        MS. BRONCHETTI:  Oh, sorry.
 9   BY MS. BRONCHETTI:
10        Q.  Yes?
11        A.  Yes.
12        Q.  That's all you're aware of?
13        A.  Yes.
14        Q.  Thank you.
15            You mentioned that you're a class
16   representative.
17        A.  Yeah.
18        Q.  What is your understanding of what that means as
19   far as your role in the case?
20        A.  Well, that I'm going to be participating in any
21   hearings or courts, and to the best of my ability, just
22   tell the truth about my job and what we do as drivers,
23   and just try to be cooperating in any way I can.
24        Q.  Other than what you just mentioned, are you
25   aware of any other special responsibilities that come
```

Page 16

```
 1   along with being a class representative in this lawsuit?
 2        A.  No.
 3        Q.  Have you -- do you know who the other class
 4   representatives are?
 5        A.  I know three or four of them.
 6        Q.  Which ones do you know?
 7        A.  Bob --
 8        Q.  Is it Robert Ulrich?
 9        A.  Rob, yeah, Robert.  Jacob Grismer.  I know those
10   two pretty well.  I'm acquainted, or barely spoke with
11   Fred Slack.  Henry Ledesma, I know him pretty good.  And
12   that's all I'm -- that's all I'm aware of.
13        Q.  Have you ever met or spoken with Scott Praye?
14        A.  Not to my knowledge.
15        Q.  Why do you say not to your knowledge?
16        A.  I may have met somebody -- I don't remember
17   names that well.
18        Q.  What about Sean Forney?
19        A.  Never heard of him.
20        Q.  Have you ever met or spoken with Dennis Stuber?
21        A.  I've heard the name.  I cannot place the face
22   with him.  I'm sure I've probably talked with him.  Like
23   I said, I'm not real good remembering names, and I'm
24   going about my business working, I just want to get
25   going.
```

Page 17

1    Q. Do you recall ever having a conversation with
2  Mr. Stuber about the lawsuit?
3    A. No, no.
4    Q. How about have you ever met or spoken to Gary
5  Roberts?
6    A. Oh, yes, I've met him.
7    Q. Where did you meet him?
8    A. Down there at the Swift terminal.
9    Q. Does he work with you, or he used to work with
10 you at the terminal?
11   A. He did not work with me, but I just bump into
12 him, and I knew him by name because my friend knows him,
13 and says, yeah, that's Gary Roberts, this is what he
14 looks like, and I may have -- I never talked to him
15 about any of this, but I may have spoke to him as driver
16 to driver, you know.
17   Q. Have you ever met or spoken with Timothy
18 Helmick?
19   A. Tim. I've probably spoken with all these guys,
20 but I -- but Tim, he's not a friend, I don't know what
21 he looks like, but if I saw him, and put the name on the
22 face, I'd say, yeah, I've talked to him. But I've never
23 talked to people about this.
24   Q. And what about Richard Erickson? Have you ever
25 met or spoken with Mr. Erickson?

Page 18

1    A. Oh, well, yes, I did. That's another one I
2  know. I know him probably well.
3    Q. Have you spoken with Mr. Erickson about the
4  lawsuit?
5    A. No. Other than just, well, yeah, there's the
6  deposition, and we're aware that we're both in it, but
7  we don't discuss anything.
8    Q. What made you decide to file a lawsuit?
9    A. Well, probably my friend and I, Jacob, talking,
10 and we were kind of complaining about this and that, how
11 the -- and I just -- he'd said, "Well, there's a lawsuit
12 back there." And I thought it was economy that they
13 were kind of trying to pinch their pennies on us, and,
14 well, he told me about this lawsuit. I'm like, well,
15 hmmm. It sounds like they're -- I just decided talking
16 with my friend, basically, that looked like maybe Swift
17 was not paying us overtime when they should.
18   Q. Now, when you said you were speaking to Jacob
19 Grismer and complaining about this and that, can you be
20 more specific about what your complaints were about that
21 led you to file this lawsuit?
22   A. Well, when we moved -- when I transferred from
23 Oregon to Washington, they took a -- three cents off of
24 our pay, for one thing. We used to get a safety bonus.
25 They pulled that away. A penny a mile all year.

Page 19

1    And -- well, there's other little things, like
2  stop pay and stuff that they pulled. They started
3  giving us less. And so to me, in my head, it clicked
4  like, well, they're getting ready to pay us overtime,
5  but then they never did. I don't know. That's just
6  kind of how I decided, well, they're pulling stuff, but
7  they're not putting nothing back.
8    And then he said, well, "Yeah, that law passed,"
9  so it just kind of clicked in my head.
10   Q. What law are you referring to that passed?
11   A. That Washington-based truck drivers shall be
12 paid overtime by mileage.
13   Q. And when is it your understanding that that law
14 passed?
15   A. Approximately a year and a half ago.
16   Q. Prior to you understanding that a law passed,
17 did you believe you were owed overtime, prior to that
18 new law about year and a half ago?
19   A. No, I'd never heard.
20   Q. Did you believe you should be entitled to
21 overtime prior to that Washington law being passed a
22 year and a half ago?
23   A. No, there -- didn't really come to mind.
24   Q. Were you finished?
25   A. Yeah.

Page 20

1    Q. Okay.
2    When did you transfer from Oregon to Washington?
3    A. Seven years ago.
4    Q. Why did you transfer from Oregon to Washington?
5    A. Well, some of the other drivers had gone over
6  there, and they said they were getting more miles. And
7  at the time I was hunting, house hunting, and I found a
8  house in between the two, so I thought, well, I'll go
9  try that one, and if I don't like it I can go back to
10 the other one.
11   Q. Now, when you were based in Oregon, was that out
12 of the Troutdale?
13   A. No. Hermiston, Oregon.
14   Q. Where -- I'm sorry, I'm not great with geography
15 in my Pacific Northwest. Where is that?
16   A. Let's see. It would be -- 73 -- it's only about
17 an hour down the road from -- it's just across the
18 border, by -- right by the border. So it's only an hour
19 away from the DC, the other DC, and pretty much I live
20 right in the middle, so --
21   Q. Pardon my ignorance. What is a DC?
22   A. Oh. That's a distribution center.
23   Q. Gotcha. Thank you.
24   When you were based in Oregon, how did it come
25 to be that that was where you were designated? What was

Page 21

1   your understanding of how it was determined where you
2   were based?
3       A. Well, my understanding of it was it was
4   dispatched out of the California. They didn't really
5   have a Swift terminal there, in Oregon, but we all
6   picked up our loads and started from there, and then
7   we'd get on the phone and talk to them in California,
8   and they'd do their computer stuff to get us paid,
9   and -- and at that time I was living in Washington as
10  well.
11      Q. What terminal -- so was it the Lathrop terminal
12  that was kind of your dispatch central, or was it the
13  Fontana terminal?
14      A. No. There was a smaller one that disappeared,
15  and then I think they brought it back up, and that
16  was -- I'm trying to think of the name. Gosh, I can't
17  remember.
18      Q. Do you remember who your manager was when you
19  were based in Oregon?
20      A. Brody, something.
21      Q. Do you know who your dispatcher was when you
22  were -- I know you had a lot of dispatchers.
23      A. Brody is the only one I remember.
24      Q. So did you ask somebody, can I transfer to be
25  based out of Washington?

Page 22

1       A. Well, I didn't ask anybody. They needed
2   drivers, and they -- I just asked for it because
3   occasionally they would send me over to the Washington
4   to do, when they needed extra help, and so now I was
5   down there, I inquired about it, they said, "Yeah, we
6   need drivers," so I said, "Well, sign me up."
7       Q. When you say they asked for drivers, who are you
8   refer to when you say "they"?
9       A. I probably talked to Dave Weibush.
10      Q. When you were transferred to Oregon, from Oregon
11  to Washington, was your pay structure changed at all?
12      A. Yeah.
13      Q. Tell me how.
14      A. Three cents per mile less when I went to
15  Washington.
16      Q. Is it your understanding that since you
17  transferred from Oregon to Washington, from that point
18  to current date, are you still paid three cents an hour
19  less than Oregon-based drivers?
20      A. Yes.
21      Q. How do you know that?
22      A. Occasionally surge drivers come in that I know,
23  and I've asked them, and they're like, "I'm getting 39
24  cents a mile," and that doesn't compare with what I'm
25  getting, so --

Page 23

1       Q. Other than your discussions with these Oregon
2   surge drivers, do you have any other reason to believe
3   that you're paid three cents per hour less than Oregon
4   drivers?
5       A. Well, I'm not talking Oregon drivers. This guy
6   lives in Washington, the one I talked to, and I think
7   he's based out of -- he used to be based out of
8   Lewiston.
9       Q. Lewiston, Idaho?
10      A. Yeah. But -- so that's -- that's all I got.
11      Q. Is it your understanding that all
12  Washington-based drivers are paid three cents less an
13  hour -- or mile, than other drivers, based in other
14  states?
15      A. Yeah. That's how I see it. I mean, I don't
16  know. I don't know what the other, like Costco or
17  whatever, I don't know what they're getting, but I do
18  know we're getting three cents less than the regular
19  drivers.
20      Q. When you transfer -- since the time you
21  transferred from Oregon to Washington, have you ever
22  received an increase in your mileage pay?
23      A. Well, yes. I had worked for three years, which
24  does not top me out on my pay scale yet. So after a
25  year went by, after I transferred, I got the normal

Page 24

1   raise. And then another year went by, I got the
2   maximum. And then that's the raises I got. I did
3   get -- what was the question again? Have I ever?
4       Q. Have you ever seen an increase in your
5   mileage --
6       A. Yes, about six or eight weeks ago I got a --
7   went from 35 cents to 36 cents.
8       Q. Do you know why you went from 35 to 36?
9       A. We got a letter around Christmas saying to
10  improve -- to it just -- I don't know why. They just
11  decided to give us an extra penny.
12      Q. When you say "they decided to give us," is it
13  your understanding that all Washington-based drivers got
14  that increase?
15      A. At least at Grandview.
16      Q. When you transferred in 2006, do you recall what
17  your mileage-based pay was at the time?
18      A. Probably 30 -- I don't know how big those raises
19  were. I don't recall.
20      Q. When you say you got the normal raise a couple
21  years after you transferred, what raise did you get?
22      A. Well, whatever the increments are. They go by
23  years. You're there one year you get a raise, two
24  years, on up to five years, and I just got the normal
25  raises.

1      Q. When you say you got the maximum raise shortly
2   thereafter, what do you mean by that?
3      A. Well, at five years you get -- that's -- you top
4   out, so I was at Grandview for two years, and then I
5   topped out.
6      Q. I want to take a step back, and I'm going to get
7   more into this transfer, but I don't want to get too far
8   off on a different area, so I'm going to get back to
9   that. Okay? But I just want to ask you some
10   background. Is that fair enough?
11      What is your current address?
12      A. 1571 N.E. 11th Street, Benton City, Washington.
13      Q. Where is Benton City, Washington?
14      A. Well, there's the Tri-Cities, Richland, Pasco,
15   Kennewick. It's ten miles from there, towards the DC.
16      Q. And "the DC," you're meaning the --
17      A. The distribution center.
18      Q. How long have you lived at that address?
19      A. Seven years, almost.
20      Q. Prior to living in Benton city, Washington,
21   where did you live?
22      A. Walla Walla, Washington.
23      Q. How long did you live in Walla Walla,
24   Washington?
25      A. Oh, like 35 years.

1      Q. When you were living in Walla Walla, Washington,
2   you were based out of the Oregon terminal. Correct?
3      A. They sent me a Lewiston, that's where I got my
4   truck, in Lewiston, Idaho.
5      Q. So were you based out of Lewiston? I'm just
6   trying to understand. Because earlier you said you were
7   based out of the Oregon.
8      A. Well, no. I think the whole time I was based
9   out of Idaho.
10      Q. Okay. So what did you mean -- then explain to
11   me, you said earlier that in 2006 you decided you wanted
12   to move from being based in Oregon to being based in
13   Washington. So I'm just trying to understand why did
14   you say those words originally? What did you mean by
15   that?
16      A. Well, I just meant that I was working out of the
17   distribution center in Oregon, and I wasn't based there
18   because there was no Swift shop or facilities or
19   anything. They -- we did it all over the phone to
20   California. So I don't know, was I based out of
21   California, was I based out of Lewiston where I got my
22   truck, I don't know.
23      Q. Okay. So now, or when you transferred in 2006,
24   it's your understanding that because you pick up your
25   truck in Grandview, you're based in Grandview,

1   Washington?
2      A. Yeah.
3      Q. What is the highest level of education you
4   completed?
5      A. GED.
6      Q. When did you receive that degree?
7      A. Before all my other classmates got graduated, I
8   just -- 1977, '78.
9      Q. Did you finish high school?
10      A. No.
11      Q. When did you start working at Swift?
12      A. Ten -- well, it will be ten years ago in April.
13      Q. Where did you work prior to when you began
14   working at Swift?
15      A. I worked at Pacific Packers of Walla Walla.
16      Q. How long did you work at Pacific Packers?
17      A. Eighteen years.
18      Q. What did you do at Pacific Packers?
19      A. Warehouse foreman.
20      Q. Tell me about that. What does that job entail?
21      A. Loading -- loading the trucks with floor jack,
22   and maintaining equipment.
23      Q. And that was in Walla Walla?
24      A. Yeah.
25      Q. Why did you decide to stop working at Pacific

1   Packers after 18 years?
2      A. Twenty-five cents a year raise was inadequate,
3   and the business was growing, my responsibilities were
4   growing, and I didn't feel compensated for what I did,
5   and I didn't feel respected by the bosses, so --
6      Q. Did you quit or were you terminated?
7      A. I did.
8      Q. When you quit your job, had you already had a
9   job offer from Swift, or did you quit and then figure
10   out what was next?
11      A. I figured it out later.
12      Q. So you quit at Pacific Packers, then eventually
13   you went to apply at Swift. How long between the time
14   you quit at Pacific Packers to the time you inquired
15   about working with Swift?
16      A. Probably four to five months, four to six
17   months, somewhere in there.
18      Q. What prompted you to apply for a job at Swift?
19      A. Barry Kieffer, I think -- somebody came to
20   our -- I went to the community college, and somebody
21   from Swift came and talked and said that they had lots
22   of jobs, so --
23      Q. Where was this meeting?
24      A. At the community college.
25      Q. In?

Page 29

1    A. Walla Walla.
2    Q. It was someone from Swift said we have jobs?
3    A. Yeah.
4    Q. Prior to that, I guess meeting, had you ever
5  considered becoming a commercial driver?
6    A. Yeah, I was in school for it.
7    Q. At the time you went to this meeting with Swift?
8    A. They came to us -- they came to our school, so
9  yeah, I was already considering being a truck driver,
10  yeah.
11    Q. When did you obtain a commercial driver's
12  license?
13    A. Let's see. I believe in March of 2003.
14    Q. Was that before or after you started working at
15  Swift?
16    A. Before.
17    Q. Why did you choose to work at Swift over other
18  trucking companies?
19    A. I looked at Werner -- I just choosed it because
20  it was closer to Lewiston, Idaho, to go for the --
21    Q. So after you were present at this meeting at
22  your college where Swift presented, did you -- what was
23  your next communication with them regarding possible
24  employment?
25    A. Online application.

Page 30

1    Q. When you filled out the online application, did
2  you believe that you were hired?
3    A. Well, no.
4    Q. After you filled out the application, what was
5  the next communication that you had with someone from
6  Swift regarding prospective employment?
7    A. I think they gave me a date to come on up, and
8  they wanted to hire me.
9    Q. When you say "they gave you a date," who are you
10  referring to when you say "they"?
11    A. I don't know. I can't remember how they
12  communicated back. I just don't know.
13    Q. Was it a recruiter, was it a manager, was it a
14  driver? Do you have any idea who you were talking to?
15    A. It wasn't a driver. Some kind of management.
16    Q. So they called you and said come on up. Where
17  were they saying to tell you to come on up? To
18  Lewiston?
19    A. Yeah. I don't know if they called me or
20  e-mailed me or sent me a letter.
21    Q. Hey, it was ten years ago. I wouldn't have
22  remembered either.
23    So you got this call. At that point, did you
24  say I'm employed at Swift?
25    A. I got the job, yeah. I got a job.

Page 31

1    Q. So you believed, based on your job application
2  alone, you had gotten a job at Swift?
3    MR. CAMP: Objection. Mischaracterizes his
4  testimony.
5  BY MS. BRONCHETTI:
6    Q. You can answer if you understand.
7    A. Well, I believe when they said I had the job
8  that I was hired, yes.
9    Q. Did they -- did you understand -- I'm sorry.
10    Prior to that discussion where you believed that
11  they told you you had a job, did you take a DOT medical
12  test?
13    A. No.
14    Q. Did you take a drug and alcohol test that's
15  required by DOT?
16    A. I did, up there at Lewiston.
17    Q. But my question is a little different. I'm
18  asking you before you got this phone call --
19    A. Oh, no, none of that.
20    Q. So you didn't take the --
21    A. I -- gosh, I can't remember. I don't know if
22  they told us at school we had to have that doctor -- I
23  know I took the drug test up there in Lewiston. I can't
24  remember if they said you need your medical card with
25  your CDL before I got hired. I can't remember or not.

Page 32

1    Q. As a commercial driver, you're familiar with the
2  rules and the requirements that you have to pass in
3  order to drive a truck. Correct?
4    A. Uh-uh.
5    Q. Or a commercial carrier? Yes?
6    A. Yes.
7    Q. Is it your understanding that in order to drive
8  a truck for a commercial carrier, you have to pass the
9  DOT medical test?
10    A. Yes.
11    Q. Is it your understanding that you have to pass
12  the drug and alcohol test?
13    A. Yes.
14    Q. And you also have to prove -- you have to pass a
15  driving test. Correct?
16    A. Correct.
17    Q. Without passing those three requirements, you
18  can't technically be employed by a trucking operation?
19    MR. CAMP: Objection. Legal conclusion.
20  BY MS. BRONCHETTI:
21    Q. Right?
22    A. Could you rephrase -- ask the question again?
23    Q. Yeah, of course.
24    Without you passing those three requirements,
25  you can't be employed to haul freight for a trucking

Page 33

1    company.  Is that your understanding?
2       MR. CAMP:  Objection.  Calls for a legal
3    conclusion, and it's a mischaracterization of the law.
4       THE WITNESS:  I don't know the specific
5    requirements -- I don't know if you have to pass a
6    driving test.  I know you have to pass the medical and
7    drug.  I don't know all the requirements other than
8    those two.
9    BY MS. BRONCHETTI:
10      Q.  When you got the call from someone in Lewiston,
11   Idaho, from Swift, was it your understanding if you
12   failed those tests that you'd still be employed as
13   something else for Swift, a nondriving position?
14      A.  Yeah, well -- rephrase it again.
15      Q.  So you get this call, and it's your testimony
16   that you say I was employed, I have a job at Swift.
17      A.  (Witness nods head.)
18      Q.  And then we just talked about how it's your
19   understanding that to be a driver for any commercial
20   carrier such as Swift, you have to pass, at least to
21   your knowledge, the medical test and the DOT alcohol
22   test.
23      So my question is you get this call, you haven't
24   taken any of these tests yet, but you say you had a job
25   at Swift.  Is it your understanding that if you failed

Page 34

1    those tests you'd still be employed at Swift, but just
2    not as a driver?  As a dispatcher?  As, I don't know,
3    something else?
4       A.  If you fail a drug test or the medical test, you
5    are not going to be employed.  The driving part, you
6    know, they might work with you and let you do that
7    again, but the other two, they're not going to give you
8    a second chance.
9       Q.  Okay.  So when you got the call, you still
10   needed to submit -- you still needed to pass, at least
11   the two tests, the medical card test and the alcohol
12   test.  Correct?
13      A.  I believe so.  Like I said, that's what I think
14   is correct.  I don't think I had the medical.  I know
15   the drug -- I remember the drug test, but can't remember
16   where my first medical thing was, so --
17      Q.  So you get this call from someone in Lewiston,
18   and then you go to the terminal.  How much time passed
19   between the phone call and the time you buzzed over to
20   Lewiston?
21      A.  I can't tell you.  I'd say several days.
22      Q.  So you show up at the terminal.  Tell me what
23   happened.  Did you go through any type of orientation?
24      A.  I just remember going through class, classes,
25   sitting in the classes.  And all that was first.  Then

Page 35

1    the drug test, and then the driving test.
2       Q.  Who taught these classes?
3       A.  An older gentleman.  I don't know who.
4    Experienced driver.
5       Q.  How long were the classes?
6       A.  Several hours a day.  I don't recall.
7       Q.  Do you have any idea?  Was it ten hours, five
8    hours?
9       A.  Maybe six or seven.  I can't give you --
10      Q.  Did you keep any records of how long you spent
11   in these classes?
12      A.  No.
13      Q.  How many other drivers were present when you
14   attended the prehire orientation?
15      A.  I'd guess probably 15 maybe.
16      Q.  Did anyone, prior to you being at the
17   orientation, tell you that you were not employed until
18   you've completed orientation and Swift made a decision
19   whether to hire you or not?
20      A.  No.
21      Q.  Was it your understanding until you completed
22   prehire orientation, your offer of employment was not
23   finalized?
24      A.  No.  Like -- no.
25      Q.  You can go ahead.

Page 36

1       A.  Well, I knew I had to pass a driving test.  The
2    other two wasn't a question.  I was healthy, and I don't
3    do drugs.  So I thought, well, maybe they're going to
4    have to send me to some more schooling if I don't pass
5    the driving test.
6       Q.  So at what point do you believe that you were
7    officially employed by Swift?
8       A.  When they said to come on up, bring your gear.
9       Q.  Did you expect to be paid for the time you spent
10   in these classes?
11      A.  I didn't know what would -- I just didn't know.
12      Q.  When you work for an employer, do you generally
13   expect to be paid for the work you're doing?
14      A.  Yeah.
15      Q.  Did you ever ask anybody, either before you went
16   up to Lewiston or once you got there, did you ever ask
17   anybody, am I getting paid for that time?
18      A.  Not that I remember.
19      Q.  Of the other 15 drivers in the class that you
20   were -- the classes that you attended, do you know if
21   any of them were not ultimately employed by Swift?
22      A.  Well, we were all -- I don't know if -- alls I
23   know is we were just all there to become truck drivers,
24   I mean --
25      Q.  My question is a little bit different.  And you

Page 37

1 might not remember, which is fair.  But think about your
2 class that you -- the group of people you went through
3 this -- these meetings with.  Do you know if any of them
4 were not extended an offer of employment with Swift?
5     A. I don't know.
6     Q. You never attended orientation in the state of
7 Washington, did you?
8     A. No.
9     Q. And the only orientation you ever attended was
10 back in 2003, in April 2003, in Lewiston, Idaho.
11 Correct?
12    A. Correct.
13    Q. You haven't been kind of in other orientation
14 classes watching, observing, since that time.  Correct?
15    A. No.
16    Q. No, you have not?
17    A. No, I haven't.
18    Q. How many days did the meetings that you
19 attended --
20    A. I can't remember.
21    Q. Did you ever receive any documents before the
22 prehire orientation telling you that you were offered a
23 job?
24    A. I don't know if I got a phone call or a letter.
25 I don't know.

Page 38

1     Q. Did you ever look to see if you had any
2 documents from Swift?
3     A. Yeah.
4     Q. Did you find any?
5     A. No.
6     Q. During the, I would say the orientation that you
7 attended, do you recall being handed out any documents?
8     A. Well, "documents."  What do you mean by --
9     Q. Any pieces of paper?
10    A. I can't remember.
11    Q. Did you attend the Smith system training as part
12 of your orientation?
13    A. I believe I did that at one point, when I might
14 have had a -- I can't recall.  I probably did.  It
15 sounds familiar to me.
16    Q. Do you recall it being covered at this
17 orientation time, or do you think it was after you
18 already had a job?
19    A. I don't know which one.  One of them, probably.
20    Q. You don't remember?
21    A. No.
22    Q. At what point, if you know, did you receive an
23 actual employee number or driver number?
24    A. That would be a -- when I got assigned a truck,
25 probably, but I -- I can't remember.  I think maybe it

Page 39

1 was before that, since they wanted to get our names and
2 all that, they probably gave me one at the orientation.
3     Q. Was it -- do you know if it was before or after
4 you had passed the driving test, medical test, drug and
5 alcohol test?
6     A. I think probably -- I can't tell you.
7     Q. Did you ever drive a Swift vehicle, other than
8 for your driver test, did you ever drive a Swift vehicle
9 before you passed the drug and alcohol test, the medical
10 card test, and the driving test?
11    A. I don't think so.  I think the driving test was
12 last.
13    Q. Did you ever make any deliveries for Swift
14 before you had passed the drug and alcohol test, the
15 medical card test and the driving test?
16    A. No.
17    Q. Has your commercial driver's license ever been
18 revoked or suspended?
19    A. No.
20    Q. Are you married?
21    A. Yes.
22    Q. Do you have kids?
23    A. Yeah.
24    Q. Do they live with you?
25    A. One does.

Page 40

1     Q. How old are your children?
2     A. Twenty-nine and thirty-one.
3     Q. How long have you been married?
4     A. Thirty years.
5     Q. Wow.  I hope she's not upset that I dragged you
6 here on Valentine's Day.
7        Have you ever sued an employer before?
8     A. No.
9     Q. Have you ever sued anyone before?
10    A. No.
11    Q. Have you ever been sued?
12    A. No.
13    Q. Have you testified in any court proceeding
14 before?
15    A. No.  Is Unemployment Compensation considered
16 suing?
17    Q. No, I leave that one out.
18    A. Because, well -- it did go to a hearing, and
19 they thought --
20    Q. That was back with Pacific?
21    A. Yeah.  I got awarded my Unemployment, so --
22    Q. Do you have an e-mail address?
23    A. Eric underscore -- yeah, I do.
24    Q. What is it?
25    A. Eric underscore Dublinski at Yahoo.com.

Page 41

1    Q. Have you ever e-mailed anybody from that e-mail
2  address about this case?
3        MR. CAMP: Other than your lawyers.
4  BY MS. BRONCHETTI:
5    Q. Other than your lawyers?
6    A. No.
7    Q. Have you ever filed for bankruptcy?
8    A. Yes.
9    Q. When?
10   A. I think it was 2000.
11   Q. What's the status of that?
12   A. It's all zipped up.
13   Q. What do you mean, "It's all zipped up"?
14   A. I don't understand it. It's all long gone.
15 I've got good credit.
16   Q. Do you know when it got zipped up? Long time
17 ago?
18   A. Very soon after.
19   Q. You've worked for Swift for a long time. Since
20 2008 until the present date, have you ever gone on a
21 leave of absence longer than normal vacation?
22   A. No.
23   Q. So you've worked continuously, no breaks in
24 service?
25   A. Yep, continuously.

Page 42

1    Q. Have you ever considered becoming an
2  owner/operator for Swift?
3    A. No.
4    Q. Is there any reason why?
5    A. I don't want the headache of my truck breaking
6  down, and then I got to pay for it, and everything that
7  goes with being an owner/operator. It's just not
8  appealing to me.
9        MR. CAMP: Can we take a break when we get to a
10 place?
11       MS. BRONCHETTI: Yeah. We can take one now.
12       THE VIDEOGRAPHER: Going off the record. The
13 time now is approximately 10:29 a.m.
14       (A break was taken from 10:29 a.m. to 10:48 a.m.)
15       THE VIDEOGRAPHER: Going back on the record.
16 The time now is approximately 10:48 a.m.
17 BY MS. BRONCHETTI:
18   Q. I want to go back to your actual driving duties.
19 Okay? So bear with me on this one. Right now you are
20 based in Grandview. Right?
21   A. Right.
22   Q. Okay. How many hours do you work a week,
23 currently?
24   A. Anywhere from 63 to 69.
25   Q. Now, you say between 63 and 69 hours a week.

Page 43

1  Has that always been the case? Or since 2008 until
2  today has there been a significant increase or decrease
3  in the number of hours that you work each week?
4    A. No.
5    Q. And you're currently paid a mileage-based rate.
6    A. Correct.
7    Q. Do you receive any other compensation other than
8  mileage, such as stop pay, extra -- do you know what I
9  mean by my question?
10   A. Yeah.
11   Q. Other than your mileage, do you receive any
12 compensation on top of your mileage-based rate?
13   A. Yes.
14   Q. Tell me everything that you receive.
15   A. First stop we don't receive anything, but every
16 stop after the first stop we get $10.
17   Q. Okay. And that's --
18   A. Other than vacation pay, that's the extent of
19 it.
20   Q. Now, what does the $10 compensate you for? When
21 you say stop pay, what do you mean by that?
22   A. The time it takes to unload the product.
23   Q. How long generally does it take you when you're
24 making a stop, how long does it take you to make the
25 stop?

Page 44

1    A. Anywhere from ten minutes to two hours. It's
2  usually about 30 to 45 minutes is probably about normal.
3    Q. Now, are you on a specific set route, meaning on
4  Mondays you do certain things, Tuesdays, Wednesdays,
5  Thursday, Friday, Saturday, or tell me about your --
6    A. No, every day is not the same. I do go into the
7  same areas with slightly variated routes, but it's
8  always in the same direction pretty much.
9    Q. If you can tell me, if you were describing to
10 someone your routes on a weekly basis, can you just go
11 over what the usual sequence of that is?
12   A. Yeah, sure. I'm usually, I'm either going --
13 the Spokane direction, I can either go up into Idaho,
14 and then back up through Washington, or just go all the
15 way up through Washington, but it's always in the
16 Spokane area, with surrounding towns, which will vary
17 where I go every day. I don't know exactly what towns
18 we're going to go to until the morning of the trip.
19   Q. Has that, since you -- and I want to focus on
20 the time period from 2008, beginning of 2008, to the
21 current date. Has that been the same?
22   A. No.
23   Q. Okay. How long has this Spokane direction,
24 we'll call it the Spokane direction --
25   A. The last couple years, basically, even more so

Page 45

1  this last year.
2      Q. Tell me before you did the Spokane, Idaho --
3      A. Before I could go anywhere. Seattle, Oregon,
4  Montana, just -- I didn't know. But as I, you know, I
5  got more seniority, I'm like I want to go this way,
6  please, so they accommodated that for me.
7      Q. So when you moved over to be working out of the
8  Grandview terminal in 2006, okay, what were your general
9  delivery hauling locations?
10     A. Oregon, Idaho, Montana.
11     Q. And did that stay consistent until about two
12 years ago when you started being more --
13     A. Yeah.
14     Q. We'll say about two years?
15     A. Yeah.
16     Q. You started hauling just based out of -- more
17 Spokane-based hauls?
18     A. Yeah.
19     Q. So let me just -- correct me if I'm wrong,
20 because --
21     A. Okay.
22     Q. -- you know what you do better than anybody.
23 But you start at the Grandview terminal.
24     A. Correct.
25     Q. And that's a Wal-Mart account?

Page 46

1      A. Yes.
2      Q. You pick up a loaded container?
3      A. Yeah.
4      Q. And then you drive usually to where?
5      A. Colville, Washington.
6      Q. Okay. And then you'll stop?
7      A. Yeah.
8      Q. And then what do you do?
9      A. I usually have stops along the way also.
10     Q. To pick up more?
11     A. To drop off.
12     Q. To drop off.
13         And so Grandview, Colville, and then do you turn
14 around and come home in the same day?
15     A. Yes.
16     Q. And round trip, that route takes you about how
17 long?
18     A. About how long?
19     Q. Uh-huh.
20     A. A lot of my days are 11 and a half hours.
21     Q. Okay. So how often do you do this
22 Grandview-Colville circle?
23     A. That one I probably do four out of six days,
24 maybe.
25     Q. And that's been consistent since about 2011?

Page 47

1      A. Yeah.
2      Q. Two years ago?
3      A. Yeah.
4      Q. And so when you're doing the Grandview-Colville
5  route, you don't leave the state of Washington on those
6  days?
7      A. No. Well, sometimes they give me a stop, just
8  across the border into Idaho, which is kind of my
9  favorite stop, it gives me more miles. And then I'll
10 just come right back into Washington, just go -- let's
11 see. One of them is only one mile in there, some of
12 them are a little farther in.
13     Q. On a weekly basis, how often do you, when you're
14 doing this Grandview-Colville, Washington route, how
15 often do you actually leave the state of Washington to
16 go into Idaho?
17     A. It just varies. I could go just to Colville all
18 week, or I could -- sometimes they send me to Sandpoint,
19 Idaho. That's another one they like to send me to. But
20 most of the time I'm going to Colville, and most of the
21 time I'm just staying in Washington, going to Colville,
22 probably a little over 50 percent of the time.
23     Q. So if we took your month, and I know this is a
24 hard question, because I know things change, and every
25 day is an adventure when you're a driver. Can you -- is

Page 48

1  it fair to say that on a given month 50 percent of the
2  time you leave the state to deliver in another state,
3  and 50 percent you stay in Washington, and that's been
4  the case since 2011?
5      A. It's going to be close. I can't tell you -- I'd
6  lean towards more staying inside of Washington,
7  probably.
8      Q. Okay. So if you can, and I know this is a hard
9  question, but if you can, tell me to your best --
10 thinking about your routes from 2011 until today, think
11 about percentage-wise how many -- how much time -- how
12 many days you leave Washington, if you're looking at a
13 30-day calendar.
14     A. Okay. Thirty. So I'd say probably 12 days I'd
15 leave.
16     Q. Okay. So a little less than 50 percent?
17     A. Yeah.
18     Q. That's fair.
19         Now, when you leave the state of Washington --
20 let me back up. And that's been the case, roughly 12
21 days you leave the state, 12 out of 30 work days.
22 That's been true since 2011?
23     A. Yeah. Around there, yeah.
24     Q. We're going to go back to what happened with
25 Oregon, Idaho and Montana. But that's about your best

Page 49

1    estimate?

2    A. Yeah, that's my best estimate.

3    **Q. And the days that you leave the state, you**

4    **mentioned you go to Sandpoint, Idaho?**

5    A. Yes.

6    **Q. Where is that?**

7    A. Well, Pend Oreille, actually it's a little tiny

8    town right next to Sandpoint.  It is 45 miles north of

9    Coeur d'Alene, approximately, up on Highway 95.

10    **Q. What do you deliver to in this tiny, tiny town?**

11    A. Wal-Mart food product.

12    **Q. Other than that town, when you leave the state**

13    **of Idaho, since 2011, what are the other locations that**

14    **you're going to?**

15    A. When I leave the state of Idaho?

16    **Q. Uh-huh.  Or, no, leave the state of Washington.**

17    A. The other locations, like Post Falls, Hayden,

18    Idaho, Smelterville, Idaho, not too often there, but --

19    that, yeah, that's the three, four that I go to.

20    **Q. How far is Post Falls from the Washington**

21    **border?**

22    A. They have one store at the very first exit, they

23    have another store at Exit No. 7.  So that's one and

24    seven miles.

25    **Q. And what about Hayden, Idaho?**

Page 50

1    A. That one is you take Exit 11, and then you drive

2    another couple, three more miles, probably.

3    **Q. So about ten miles-ish?**

4    A. About 14-ish.

5    **Q. What about Smelterville?**

6    A. Smelterville is Exit 38, so that would be

7    38 miles up to that one.

8    **Q. On the days when you go these extra miles to go**

9    **to Idaho, do you stay over in Idaho, or --**

10    A. No.

11    **Q. Do you regularly stay overnight in locations, or**

12    **is your route that you have now --**

13    A. I don't regularly spend the night.  I spend the

14    night at my house.

15    **Q. On the days when you deliver to Sandpoint,**

16    **Idaho --**

17    A. Uh-huh.

18    **Q. -- can you give me an estimate of how much time**

19    **you actually spend in Idaho from the time you cross over**

20    **the border, drop off freight, and return?  Can you give**

21    **me an estimate of generally --**

22    A. Sure.

23    **Q. -- how much time out of your day is spent in**

24    **Idaho?**

25    A. Let's see.  Three and a half -- three and a half

Page 51

1    hours.

2    **Q. Three and a half hours out of a --**

3    A. From the time I go in and drop and come back

4    out.

5    **Q. And out of a day consisting of how many hours?**

6    A. Rephrase?  What?

7    **Q. So if you work -- if you're three and a half**

8    **hours in Idaho --**

9    A. Yeah.

10    **Q. -- I'm asking three and a half hours out of how**

11    **many hours of total work time for the day.**

12    A. Oh, you could probably up that to four, thinking

13    about it, and then out of -- up there, it's a 12-hour

14    day.

15    **Q. Do you have any records that show you the exact**

16    **amount of time that you spend on a day that you go to**

17    **Sandpoint, working in the state of Idaho?  Do you have**

18    **any records that would show that?**

19    A. On my -- we went from -- to paperless logs, and

20    I don't record that stuff.  It's in my electronic log,

21    that would show you, but I don't have any records.

22    **Q. What exactly would be in the electronic log?**

23    A. Tells where you were at what time and how long,

24    I believe.  It's got every piece of information you'd

25    ever want, I believe, in there.

Page 52

1    **Q. So is it your understanding that as soon as**

2    **you -- when you cross the border, do you do anything to**

3    **tell Swift, hey, I'm in Idaho?**

4    A. No, I don't.

5    **Q. So is it your understanding that they could**

6    **figure that out from these electronic logs?**

7    A. Yes.

8    **Q. How long have the electronic logs been in place?**

9    A. I think a little over a year.

10    **Q. Prior to those electronic logs, to your**

11    **knowledge, are there any records that show how much time**

12    **you're working out of the state of Washington on a given**

13    **workday?**

14    A. Well, not exactly.  I mean, I've got last year's

15    logbooks.  Let me think.  Last year -- yeah, I do.  But

16    it does not show when I cross borders, it just says

17    where I went, so I guess I do have some documents from

18    last year, I save those ones.

19    **Q. But the documents don't show the amount of time**

20    **you were working in the state of Idaho, they show that**

21    **you went there?**

22    A. I could figure it.  They don't show it, but I

23    could figure it, because I know what I do.

24    **Q. But you wouldn't be able to figure exactly?**

25    A. Well, I know how -- it shows where I went, and

Page 53

```
 1    if I did nonstop driving or not, that will show.  So I
 2    could figure it.
 3         Q.  But your logs wouldn't show that there was a
 4    traffic jam --
 5         A.  Oh, no.
 6         Q.  -- that there was a holdup at Wal-Mart --
 7         A.  No.
 8         Q.  -- that there was some other complication that
 9    resulted you working in Idaho longer in a given day.
10    They wouldn't show that.  Right?
11         A.  No.
12         Q.  When you're in -- when you make a delivery, the
13    trip to Post Falls, how much time do you spend working
14    on those days in the state of Idaho?
15         A.  I'm thinking back to the last question.  I'm
16    sorry.
17         Q.  That's okay.  Do you want to change your answer?
18         A.  Yeah.  I don't have last year's logs.  I kept --
19    I just said when I started my day, when I finished my
20    day, where I went.  That's all I've got.  The logs I
21    was -- that's all the logs I've got, yeah, because --
22         Q.  Okay.
23         A.  I was thinking of before the electronic.  But I
24    don't have any now, so -- okay.  What was your next
25    question?
```

Page 54

```
 1         Q.  That's okay.  So I just want to know that -- and
 2    thank you for clarifying your answer, because that's
 3    important.  That's what I want you to do.
 4              So your logs show where you went on a given day,
 5    but they don't show how long you were in a specific
 6    spot?
 7         A.  They will show how long I stopped my truck.
 8         Q.  But they won't show how long -- they won't say,
 9    cross the state of, state border, worked 4.65 hours,
10    returned to the state border.  They would show pick up
11    at, you know, plant, or facility, drove, drove, drove,
12    drop off in Sandpoint, drove.  That's how they would be
13    recorded?  Is that correct?
14         A.  I don't know.  I don't know.  I know if I stop
15    my truck it will say where you were at, but I don't know
16    if it keeps track of while you're moving or not, I don't
17    know.
18         Q.  When you were doing the, your own records,
19    before the electronic logs came out, you didn't record
20    the amount of time that you spent in the state, in
21    another state, other than Washington, actually working.
22    Correct?
23         A.  No.
24         Q.  So now going to the Post Falls question.  When
25    you deliver to the Post Falls location, how often -- how
```

Page 55

```
 1    long do you spend actually working in the state of Idaho
 2    on those days?
 3         A.  Well, it depends on whether I'm just going
 4    shortly across the border or all the way up farther.
 5         Q.  Okay.
 6         A.  And if I'm just going across to the border, it
 7    would be maybe two stores over there, could spend a
 8    couple hours, or could be an hour, or it could be three
 9    hours.  It just depends on how fast they get you
10    unloaded, which can vary widely.
11         Q.  So when you're going over the border to Exit 1,
12    it could be as little as one hour, as far as time spent
13    working in Idaho, before you drop off, get unloaded, get
14    back to Washington?
15         A.  Yes.
16         Q.  Or it could be as much as how many?
17         A.  It could be as much as three, depending how far
18    up I'm going, or even four, because they have multiple
19    stores in that Idaho area, so if I had to go to two Post
20    Falls stores, the Hayden one and also Pend Oreille, I'm
21    going to be there for a long time, so --
22         Q.  And then Smelterville.  When you go to
23    Smelterville, how much time -- a range is fine -- do you
24    spend actually working in the state of Idaho?
25         A.  Well, that one I would be driving two, two and a
```

Page 56

```
 1    half hours, unloading and driving.
 2         Q.  And so from the time you enter the state, drop
 3    off in Smelterville, and return, it's about two, two and
 4    a half hours?
 5         A.  (Witness nods head.)
 6         Q.  But it could be more, it could be -- yes?
 7         A.  Yes.
 8         Q.  It could be more or less depending on --
 9         A.  Correct, correct, yes.
10         Q.  -- a variety of factors?
11              Now I want to talk about the time period before
12    you had this Spokane-centered route, what we just kind
13    of covered.  Okay?
14         A.  Yeah.
15         Q.  When you drove the, I'm going to call it the
16    Oregon-Idaho-Montana route, can you describe for me an
17    average week where you'd pick up, where you'd drop off,
18    et cetera?
19         A.  Well, you got to include Washington in there,
20    because --
21         Q.  Of course.
22         A.  -- because I was going to stores up in Seattle,
23    or I could go to Oregon stores, and that involves --
24    well, I drove nights, so I didn't -- didn't get the
25    traffic as much.  But I notoriously try to finish the
```

Page 57

1  load I start, so I can, you know, have a good, long day
2  the next day again.  So I just go where they tell me and
3  try to complete it, and I did everything I could to get
4  the mission completed so I could have another long day
5  the next day and make some money.
6       Q.  This is -- I'm trying to make it easy.  It's
7  just that it's hard -- I know it's hard to break down a
8  five-year period of your life, generalize.
9       Let's try it this way.  On a given week, between
10  2006 and 2011, how often would you haul to Montana?
11       A.  Once or -- once or twice a month.  Not very
12  often.
13       Q.  During the same time period, how often would you
14  haul freight to Oregon?
15       A.  During a month?
16       Q.  I'd prefer if you can answer based on a week.  I
17  know that for Montana, because it was so --
18       A.  I'd say about half the time, about half the time
19  to Oregon.
20       Q.  So Oregon.  So anywhere between two to four
21  days -- two to three days a week?
22       A.  Yeah.  Say three days, three days a week.
23       Q.  And then how about Idaho, during that period,
24  how often would you be going to Idaho?
25       A.  During that period I mainly went to Seattle and

Page 58

1  Oregon, I think.
2       Q.  So during that time period, once or twice a
3  month you'd drive to Montana.  About half, you know, in
4  a given work week, three out of the five or six days
5  you're actually driving, on three of those days you
6  would haul to Oregon.  On the other days, generally, you
7  would be doing Grandview to Seattle?
8       A.  Yeah.
9       Q.  And that remained consistent for the entire time
10  period.  Is that true?
11       A.  Yeah, you know, it's a vague -- it's a guess,
12  but that's pretty much the best answer I can give you.
13       Q.  There's nothing that's sticking out in your mind
14  as far as you had another big period of time that you
15  went to another state, more than once or twice a month?
16       A.  No.
17       Q.  Where would you haul to in Montana on the
18  occasions where you went to Montana?
19       A.  Usually Missoula.
20       Q.  On the days when you hauled to Montana, how many
21  hours did you spend working outside the state of
22  Washington?
23       A.  About, six -- boy, about seven or eight.
24       Q.  Out of 11 hours?
25       A.  Out of 14, call it.  You can work all day on

Page 59

1  that one.  Got 14 hours to work, and I usually do what I
2  can, so --
3       Q.  Okay.  And then on the days when you would be
4  hauling to Oregon, how many hours would you spend
5  hauling freight in the state of Oregon?
6       A.  Okay.  That would be, see, it takes -- let me
7  see where we cross over there.  That would be about
8  eleven hours, ten hours, on a long, if that's -- if it's
9  a long drive, if it's a long, big mile trip, it would be
10  that many hours.
11       Q.  Eleven out of the fourteen hours you would be
12  out of the state of Washington?
13       A.  Yeah.
14       Q.  How much do you currently make a week?
15       A.  Let's see.  About 3,000 -- well, say 2900
16  time .36, plus a little more.  About another $110 added
17  onto that.
18       Q.  So is it fair to say that you roughly, before
19  taxes, make about 1200 bucks a week?
20       A.  (Witness nods head.)  Yes.
21       Q.  And that's for how many hours of work?
22       A.  Nearly 70.
23       Q.  When you first were hired at Swift, did anyone
24  explain to you how you would be paid?
25       A.  I think they said you're going to get so much a

Page 60

1  mile.
2       Q.  Did anyone at Swift at any point ever tell you
3  that you are not being paid overtime?
4       A.  No.
5       Q.  Did anyone at Swift at any point tell you that
6  overtime is factored into the rate which you're paid?
7       A.  No.
8       Q.  Have you ever sought employment with another
9  trucking company?  Have you ever looked to see what they
10  were paying?
11       A.  I, at first, I was going to go with Werner, but
12  I just saw how much closer Swift was, so basically no.
13       Q.  Is it your understanding that other trucking
14  companies pay their drivers -- do you have any -- let me
15  ask you a different question.  Do you have any
16  understanding about how other trucking companies
17  compensate their drivers?
18       A.  Well, the Wal-Mart drivers are reluctant to say
19  how much they get paid, but I'm kind of friendly with
20  some of them, and they're like, "Dude, you're going to
21  make a lot more money, try to get on with us," but they
22  can't actually say how much or anything.
23       Q.  Are they employees of Wal-Mart?
24       A.  Yeah.
25       Q.  Do you know, other than those drivers, do you

1    know how any other drivers are paid for other -- who
2    work for any other companies?
3        A.  No.
4        Q.  Do you know of any company who pays a
5    mileage-based rate and then on top of that pays
6    additional overtime?  Do you know of any company who
7    does that?
8        A.  No.
9        Q.  Have you ever been paid by the hour at any time
10   since you worked at Swift?
11       A.  Yes.
12       Q.  When were you paid by the hour?
13       A.  I had an injury and they had me working at the
14   shop down there in Grandview.
15       Q.  When was that?
16       A.  Approximately a couple to three years ago, in
17   the spring.
18       Q.  How long did you work in the shop at the
19   Grandview terminal?
20       A.  Maybe month, maybe -- right around that area.
21       Q.  What was your rate of pay?
22       A.  Whatever the prevailing minimum wage was.
23       Q.  You don't remember?
24       A.  No.
25       Q.  Did you receive overtime?

1        A.  No, I worked 40 hours a week.
2        Q.  When was that, when you were working in the
3    shop?
4        A.  I think it was two years ago, in the spring.  It
5    might have been three years ago.
6        Q.  You said that you received mileage-based pay,
7    and then stop pay.
8        A.  Correct.
9        Q.  Those are the two types of pay that you've
10   received over your tenure at Swift.  Do you know if
11   other drivers who work at Swift have different
12   arrangements with Swift and get paid different, for
13   different activities that you're not paid for?
14       A.  No.
15       Q.  How often do you get paid?
16       A.  Weekly.
17       Q.  Have you ever looked at your paycheck and had
18   concerns that you were not paid correctly?
19       A.  Yes.
20       Q.  How many times did that happen?
21       A.  Probably at least 15.
22       Q.  What did you do on these 15 occasions where you
23   believed you were paid incorrectly?
24       A.  I pointed out the error, and they corrected it.
25       Q.  When you say "they corrected it," who are you

1    referring to?
2        A.  However was down at the office at the time.
3        Q.  The office in Grandview?
4        A.  Yeah.
5        Q.  Do you remember --
6        A.  Well, let me go back.  Maybe double that time,
7    because I had a -- sometimes they forgot to pay stops,
8    sometimes they paid way too short of miles, okay, so
9    sometimes I'd tell them the miles are way bad on this.
10   I forgot about those.
11       Q.  So about 30 times you looked at your paycheck
12   and said I haven't been paid right.
13       A.  Right.
14       Q.  And that's from when you started to now, about
15   30 times?
16       A.  Yes, yes.
17       Q.  So during -- in response to those 30 occasions,
18   you would speak to someone in Grandview, someone in
19   payroll?
20       A.  Someone at the desks.  They don't really have a
21   payroll there.
22       Q.  Excuse me.  Who?  Do you remember any of the
23   names?
24       A.  Just whoever was at the computer.  It didn't
25   matter who you talked to.  They all have access, and

1    they can fix it.
2        Q.  After you noticed errors in your paycheck, and
3    brought them to the attention of the Grandview terminal,
4    were those errors corrected?
5        A.  Eighty percent of the time, yeah.
6        Q.  The 20 percent of the time when they were not
7    corrected, do you know why they weren't corrected?
8        A.  They just said that's how it is, about the miles
9    not being long as I thought they should be.  But they
10   adequately, as far as I'm concerned, addressed my
11   concerns about all that.
12       Q.  Other than on your DOT logs, did you keep any
13   other personal records that would show the number of
14   hours you worked?
15       A.  No.  As of the electronic log, which is, what, a
16   little over a year, I mark when I start my day and when
17   I finish my day.  You know, basically I'm working all
18   day.  So before that, I have nothing, but I do have
19   record of how many hours a day I worked for the last
20   year or so.  But that's going -- that doesn't show any
21   breaks, just when I started and finished, so not much
22   there, really.
23       Q.  Your complaint also includes -- strike that.
24           Have you ever received a bonus from Swift of any
25   sort?

Page 65

1    A.  Yes.  They, back in the Hermiston, they used to
2  have a bonus, if you drove over some miles it would give
3  you a bonus.
4    Q.  Do you know what those miles were?
5    A.  Gosh, I don't.  I mean, I got it several times,
6  but it may have been 2500 miles.  I don't know.
7      Christmas bonus.  We got that in July this year,
8  I think it was, well past Christmas they decided, oh,
9  well, we're going to give you your Christmas bonus now.
10    Q.  It's Christmas in July.  The half Christmas.
11    A.  We used to get a bonus for not having any
12  crashes, and they'd give you a penny a mile for the
13  whole year if you were crash-free, but I think I got
14  that one time, but that's -- that's out of existence
15  now.
16    Q.  When was this bonus from Swift in place that you
17  received when you drove over a certain number of miles?
18  When was that?
19    A.  Way back in 2003, '04, '05.
20    Q.  How much was that bonus?
21    A.  50 bucks, maybe.
22    Q.  Per week?
23    A.  Yeah.  Wait a minute.  I think per month.  I'm
24  not sure.
25      (Mr. Lane left the proceedings.)

Page 66

1  BY MS. BRONCHETTI:
2    Q.  And the Christmas bonus, is that an every year
3  bonus?
4    A.  Yeah.  I mean, they came in a little late last
5  year, but $50, okay.
6    Q.  How much is it?
7    A.  50.
8    Q.  What about the crash-free bonus?  When was that
9  in place?
10    A.  I got that I think just one time, and they
11  discontinued it, so I probably got it in 2007.
12    Q.  I want to talk to you now about the per diem
13  program.
14    A.  Okay.
15    Q.  What is your understanding of the per diem
16  program?
17    A.  Alls I really know, I don't know very much about
18  it, but that's where they hold out some money that's
19  supposed to be tax benefit, and it's all automatic, and
20  it has to do with meals and stuff, and that's about the
21  extent of what I know about it.
22    Q.  When did you first learn about it?
23    A.  When I did my taxes, they were like, you know --
24  I just -- I just opted out.  I don't know.  I don't know
25  very much about it.

Page 67

1    Q.  When -- but my question is when did you first
2  hear about it.  Do you know what year?
3    A.  No, I -- something that didn't really concern me
4  much, so I don't know when I learned about it.
5    Q.  Was it five years ago, ten years ago?  Can you
6  give me any type of --
7      (Mr. Lane rejoined the proceedings.)
8    A.  I'd say eight years ago, nine years ago.
9    Q.  Is it your understanding that you had the option
10  to opt out?
11    A.  Yes.
12    Q.  Did anyone tell you why you had that option?
13    A.  Nobody told me, no.
14    Q.  What was your understanding of why you chose to
15  opt out?
16    A.  I just didn't -- I just thought they'd be
17  holding out some of my money when I'd rather have it.
18    Q.  Did you speak to a tax professional about it or
19  did you figure that out on your own?
20    A.  Just on my own.
21      MS. BRONCHETTI:  Can we take a break?  It's
22  11:30.  We've been going another hour.
23      You want a break?
24      THE WITNESS:  Sure.
25      MS. BRONCHETTI:  Fifteen minutes?

Page 68

1      MR. CAMP:  Can you get down and back in 15?
2      MS. BRONCHETTI:  We can go off the record.
3      THE VIDEOGRAPHER:  Going off the record.  The
4  time now is 11:29 a.m.
5      (A break was taken from 11:29 a.m. to 11:55 a.m.)
6      THE VIDEOGRAPHER:  Going back on the record.
7  The time now is approximately 11:55 a.m.
8      This is the beginning of disk No. 2 in the
9  deposition of Eric Dublinski.
10  BY MS. BRONCHETTI:
11    Q.  We were talking about the per diem program.
12    A.  Uh-huh.
13    Q.  And how you decided it wasn't for you.  Did you
14  have -- did you ever have any conversations with anybody
15  who was on the per diem program, and who thinks it's
16  good for them?
17    A.  No.  I think I just briefly asked a random
18  driver if they were doing it, and they said no, and it
19  was kind of a waste of time, so I just said, okay, no.
20    Q.  Since you opted out of the per diem program, did
21  you have -- have you ever been offered the opportunity
22  to opt back in?
23    A.  I know that they have certain times of the year
24  where I think you could do any kind of that stuff, so I
25  think I -- yeah, I think there was probably an

17 (Pages 65 to 68)

Page 69

1  opportunity where I could have got on.
2      Q.  And you've just continuously said this isn't for
3  me?
4      A.  Correct.
5      Q.  And based on that, it's your understanding it's
6  completely optional?
7      A.  Yes.
8      Q.  Have you spoken to any drivers about the claims
9  that you're making in the lawsuit?
10     A.  I've -- speaking with Jacob Grismer.
11     Q.  How many times have you spoken with Mr. Grismer?
12     A.  Oh, hundreds of times.
13     Q.  How many times have you spoken to him about this
14  lawsuit?
15     A.  Maybe ten.
16     Q.  Can you tell me generally what you've discussed?
17     A.  Well, I found out they discontinued the per diem
18  program.  He told me that.  And I remember seeing on the
19  Qualcomm about that, that they weren't going to do that
20  anymore.  And just kind of how we get shortchanged, just
21  in general.
22     Q.  Anything else that you recall discussing with
23  Mr. Grismer about this lawsuit?
24     A.  The paper where they gave us in writing about
25  the Washington-based drivers had built-in overtime.  We

Page 70

1  discussed that.
2      Q.  Can you describe that piece of paper you're
3  referring to?
4      A.  Yeah.  It's -- it's an acknowledgment that --
5  saying that as Washington-based drivers we're getting
6  more -- or we have built in overtime.
7      Q.  Did you sign that document?
8      A.  No, I did not.
9      Q.  Did you -- why didn't you sign that?
10     A.  Because I disagreed with it.
11     Q.  Did you tell anybody not to sign the document?
12     A.  Did I tell anybody else not to sign it?  No.
13     Q.  Do you know if anyone else told other drivers
14  not to sign the document?
15     A.  No.  I -- no.
16     Q.  Have you ever had discussions with other drivers
17  who say they believe that overtime is included in the
18  rate that you're paid?
19     A.  Ask me that one more time, please.
20     Q.  Have you ever had discussions with any other
21  driver who say that they believe that overtime is
22  included in the pay that you receive?
23     A.  No.
24     Q.  Have you told me everything you remember
25  discussing with Mr. Grismer?

Page 71

1      A.  No.
2      Q.  Okay.  What else did you discuss about the
3  lawsuit?
4      A.  Well, the acknowledgment paper.  I have a little
5  story that I told him about that.  It was kind of a --
6  disappointing to me that -- I asked them for time to
7  think about it, and review the paper, and they kind of
8  wanted me to hurry up and just get it turned in, no big
9  deal, put your name on there -- or put your driver code,
10 and check a box, you don't have to sign it.  So he asked
11 me like three times.  I'm finally like, okay, fine, I'll
12 just check a box and put a driver code, and gave it to
13 him.
14     Q.  So you did sign it?
15     A.  No.  I didn't check the box that I acknowledge
16 that it's built in, because that's contrary to my
17 belief.
18         Anyway, the next day they came up to me, and
19 said, well, we lost your paper, and so can you please do
20 it again.  So I checked the box saying I refuse to sign,
21 put my driver code on there again.  Turned the paper
22 back in, got ready to leave for work, and Doug Klein,
23 Klies, checked the box for me.  As I was turning around
24 leaving, he was, "Oh, I'll just check this box for you."
25 And I was sort of -- I didn't want to fight.  I was just

Page 72

1  like, wow, that's not very cool.
2      Q.  And Doug, who is Doug?
3      A.  He's one of -- he was the planner for most -- I
4  think he's back planning right now, the planner.
5      Q.  Did you ever report that Doug had done that to
6  anybody?
7      A.  I told my lawyer.
8      Q.  Other than your lawyer, did you tell anybody at
9  Swift?
10     A.  I told my friend Jacob.
11     Q.  Did you tell any supervisor?
12     A.  No.
13     Q.  Did you contact HR?
14     A.  No.
15         MR. LANE:  I'd like to put on the record that I
16 did tell Paul Cowie about this in an e-mail.
17 BY MS. BRONCHETTI:
18     Q.  Why didn't you tell a manager that that had
19 happened?
20     A.  He -- the manager was sitting right there.
21 Here's -- his door is open, the desk is like from me to
22 him (indicating), and I'm pretty sure he saw it happen.
23     Q.  But you didn't tell him?
24     A.  No.
25     Q.  You didn't tell him because you thought he saw

Page 73

1  it?
2      A.  I didn't tell him because I didn't want to get
3  into a fight, because that's pretty unethical, in my
4  eyes, and I wanted to get to work, and I just kind of,
5  wow, what can I do, you're my bosses.
6      Q.  Who was your manager at the time this happened?
7      A.  My driver/manager?
8      Q.  Yes, sir.
9      A.  Ben Germer.
10     Q.  Is he still your driver manager?
11     A.  He no longer works there.
12     Q.  Who is your driver/manager currently?
13     A.  Jay Juhl.
14     Q.  For how long has Jay been your driver/manager?
15     A.  Eight months, approximately.
16     Q.  How long was Ben Germer your manager?
17     A.  I'd say a couple years.
18     Q.  Who was your manager before Ben?
19     A.  Reagran Lara.
20     Q.  How long was she your manager?
21     A.  She was for a couple years as well, I believe,
22  approximately.
23     Q.  And before Reagran?
24     A.  Let's see.  Yeah, I can't remember.
25     Q.  Was Henry Ledesma ever your manager?

Page 74

1      A.  I'm not sure.  He was a manager.  I do not -- I
2  don't think he was.
3      Q.  Who was your manager when you were based out of
4  Lewiston?
5      A.  I remember the guy from California's last name,
6  Brody Legue, L-E-G-U-E, or something like that.  But out
7  of -- I only did a couple three weeks over the road, so
8  I don't know who my manager -- it was a lady, I can tell
9  you that.  I can't remember her name.
10     Q.  When you say that you transferred to a
11  Washington-based terminal, did you receive any type of
12  paperwork from Swift officially memorializing this
13  transfer?
14     A.  No.
15     Q.  Did your manager change when you transferred
16  over?
17     A.  Yes.
18     Q.  It did?
19     A.  Yeah.
20     Q.  What else changed other than where you picked up
21  your truck when you transferred terminals?
22     A.  Everything.  When we -- we used to be over the
23  phone to California, then when I transferred over
24  everything was right there at the office in Grandview
25  there.

Page 75

1      Q.  Have you told me everything that's changed since
2  you went from reporting in to Lewiston until you said
3  you were based in Washington?
4      A.  I do believe so.  Other than the decrease in
5  pay, I guess that also.
6      Q.  Did your hours change when you transferred from
7  being out of Idaho to being based in Washington?
8      A.  I work more, steadier, out of Grandview.
9      Q.  When you say worked more, what do you mean by
10  that?
11     A.  Just more consistent.  Getting dispatched
12  faster, getting longer runs.
13     Q.  Did anyone tell you why you were paid less per
14  mile when you transferred from Oregon to Washington?
15     A.  They didn't tell us why, no.
16     Q.  At the end of the week, you were making more
17  money, though, because you had more consistent work, you
18  were making more money at the end of the week --
19     A.  Yes.
20     Q.  -- when you were based out of Washington?
21     A.  Yes.
22     Q.  Have you told me everything you've discussed
23  about this lawsuit with Mr. Grismer?
24     A.  I can't be certain that we discussed maybe some
25  minor other little things.  He's a friend, so I didn't

Page 76

1  take notes or anything.  We didn't really get very deep
2  into anything, really.
3      Q.  Have you ever talked about how much money you
4  want to recover through this lawsuit?
5      A.  No.
6      Q.  You've also discussed this lawsuit with Troy
7  Slack.  Is that correct?
8      A.  Very, very briefly.  Just other than getting the
9  lawyers' names, that's probably just about the extent of
10  it.
11     Q.  Getting?
12     A.  Contact number for lawyers.
13     Q.  Well, how did it come to be that you were
14  reaching out to him to get contact information from
15  lawyers?
16     A.  I bumped into him, and maybe I heard his name
17  through Jacob.  I can't remember.
18     Q.  Okay.  So he gave you the contact info.  Was
19  anything else was discussed?
20     A.  No.
21     Q.  When was this?
22     A.  Like a couple years ago.
23     Q.  Have you collected statements from any other
24  driver regarding your claim?
25     A.  No.

Page 77

1    Q. Have you attended any meetings outside the
2  presence of your counsel with other drivers to discuss
3  the lawsuit?
4    A. No.
5    Q. Do you know one way or the other whether other
6  drivers support the lawsuit that you're bringing on
7  their behalf?
8    A. The drivers involved in this support it. Other
9  than that, I don't know.
10    Q. So you know the named class representatives --
11    A. Not all of them.
12    Q. I'm sorry. Let me make sure I understand your
13  answer. Is it your understanding that the named class
14  representatives that you've mentioned you've spoken to,
15  they support the lawsuit, but outside of those drivers,
16  do you know any other drivers, how they feel about this
17  lawsuit, whether they support it or not?
18    MR. CAMP: Objection. Calls for speculation.
19    THE WITNESS: No, I don't.
20  BY MS. BRONCHETTI:
21    Q. Have you ever had -- over the years, have you
22  had good -- how would you describe your relationships
23  with your managers?
24    A. Very good.
25    Q. Have you ever had a problem with one of your

Page 78

1  managers?
2    A. No.
3    Q. Have you ever had any altercations with other
4  Swift drivers?
5    A. No.
6    MS. BRONCHETTI: Can we go off the record?
7    MR. CAMP: Yes.
8    THE VIDEOGRAPHER: Going off the record. The
9  time now is approximately 12:11 p.m.
10    (A luncheon recess was taken from 12:12 p.m. to
11  12:56 p.m.)
12    THE VIDEOGRAPHER: Going back on the record.
13  The time now is approximately 12:56 p.m.
14  BY MS. BRONCHETTI:
15    Q. Good afternoon. You understand you're still
16  under oath. Correct?
17    A. Correct.
18    Q. Okay. Other than Wal-Mart, have you done
19  deliveries for any other customer other than Wal-Mart,
20  from 2006 until the present day.
21    A. No.
22    Q. Have you ever worked as an over-the-road driver?
23    A. Very briefly. I can't remember how long. Maybe
24  a couple, three weeks.
25    Q. Do you remember when you did that?

Page 79

1    A. When I very first began, ten years -- nine and
2  three-quarters years ago.
3    Q. To your knowledge, have you ever received
4  detention pay?
5    A. I think I have, yes.
6    Q. What is detention pay for?
7    A. It's when you get stuck at a back haul, that
8  you're supposed to bring back, and they're not ready to
9  load you and you end up sitting and sitting waiting.
10    Q. Do you know when your -- how often have you been
11  paid detention pay? Is it once a month, once a --
12    A. I could roughly count it all on one hand with
13  this whole time there.
14    Q. Do you know how much you're paid when you're
15  paid detention pay?
16    A. I think ten an hour.
17    Q. Have you ever done local delivery?
18    A. Well, they call it local, but it's within
19  30 miles, is how they define local. And yes, I have.
20    Q. How often have you done local delivery?
21    A. Well, not often at all. Maybe -- there's two or
22  three times where I did just local and come back, two or
23  three, three or four times.
24    Q. And in your employment with Swift you've done
25  three or four times?

Page 80

1    A. Yeah, four times.
2    Q. Are you paid hourly when you do local delivery?
3    A. No.
4    Q. Still paid mileage?
5    A. Yeah.
6    Q. Have you ever been paid any extra for crossing a
7  border?
8    A. No.
9    Q. What about breakdown pay? Have you ever been
10  paid breakdown pay?
11    A. I don't -- no, not to my knowledge. Let me
12  correct. It's 150 -- within 150 miles, round trip, that
13  that's how they define local pay.
14    Q. Okay. Thank you.
15    Going back to breakdown pay. Have you ever been
16  paid breakdown pay?
17    A. Oh, breakdown pay. I don't think I've ever been
18  paid for breakdown pay. I think maybe once I did, for
19  like one day, or -- because I remember that now.
20    Q. Do you recall what you were paid?
21    A. I think 50 a day, or in that area.
22    Q. Have you ever been paid for a canceled dispatch?
23    A. No.
24    Q. Have you ever been paid for a driver assist
25  load?

Page 81

1     A. No. Is that -- is that like when you're helping
2 unload?
3     **Q. It's a payment for a driver when they're**
4 **assisting another driver load freight.**
5     A. Oh, no, no.
6     **Q. Have you ever been a flatbed driver?**
7     A. No.
8     **Q. Have you ever been paid an additional amount for**
9 **using a pallet jack?**
10     A. No.
11     **Q. What about have you been paid extra for shrink**
12 **wrapping?**
13     A. No.
14     **Q. Do you know, are you familiar with the term a**
15 **full hand load?**
16     A. I am not familiar with the term. I'm guessing
17 it means unloading it yourself.
18     **Q. Have you ever been paid extra?**
19     A. Once.
20     **Q. How much were you paid for that?**
21     A. I have no idea. That was when I very first
22 started, and I had to unload one truckload, and
23 that's -- that's the history of that, and I can't
24 remember how much.
25     **Q. Have you ever had to tarp a load?**

Page 82

1     A. No.
2     **Q. Were you ever -- you were technically classified**
3 **as a line haul driver. Correct?**
4     A. Over the road is what I've known it as.
5     **Q. Let me show you an exhibit. I'm going to mark**
6 **it as Exhibit 1.**
7     **(Exhibit 1 was marked.)**
8 BY MS. BRONCHETTI:
9     **Q. This is a two-page document, "Transportation**
10 **Linehaul Driver Pay Plan," with Bate stamp No. DO10223**
11 **and DO10224. Can you look at this document, read it,**
12 **and tell me when you've had a chance to review it so I**
13 **can ask you some questions?**
14     MR. LANE: What number did you say this was?
15     MS. BRONCHETTI: One.
16     MR. LANE: One. Okay.
17 BY MS. BRONCHETTI:
18     **Q. Have you had a chance to look it over?**
19     A. (Witness nods head.)
20     **Q. Have you seen this document before?**
21     A. No.
22     **Q. You have over four years of experience. Right?**
23     A. Yes.
24     **Q. And you're paid what amount currently?**
25     A. Thirty-six cents a mile.

Page 83

1     **Q. Are you paid more per mile if you drive less**
2 **mileage? So, for example, if you're paid -- if you**
3 **drive 25 to 99 miles, are you paid a different**
4 **mileage-based rate than you are paid if you work --**
5     A. They throw $30 on anything less than a 150-mile
6 round trip. They will add $30 to your trip.
7     **Q. But the mileage rate to your understanding stays**
8 **the same?**
9     A. Yeah.
10     **Q. Do you know why you're paid an additional 30**
11 **bucks?**
12     A. Just because it's classified as a local run.
13     **Q. So you've never been paid under this pay scale?**
14     A. No, not to my knowledge.
15     MS. BRONCHETTI: Can we mark this as Exhibit 2.
16     (Exhibit 2 was marked.)
17 BY MS. BRONCHETTI:
18     **Q. The Exhibit 2 is a two-page document that's Bate**
19 **stamped DO10225 through DO10226, titled "Swift**
20 **Transportation Linehaul Driver Pay Plan." Let me know**
21 **once you've taken a moment to review.**
22     A. Okay.
23     **Q. Have you ever seen this document before?**
24     A. No.
25     **Q. When you were working in 2006, what were you**

Page 84

1 paid per mile?
2     A. 2006?
3     **Q. Uh-huh.**
4     A. Like 29 cents a mile, maybe.
5     **Q. Do you know how Swift calculates the mileage**
6 **rate that it pays its drivers? Not the number of miles,**
7 **but the rate itself. Do you have any knowledge as to**
8 **how they make that determination?**
9     MR. LANE: How they establish the rate per mile?
10     THE WITNESS: By your driving experience.
11 That's all I know, is they pay you by how much
12 experience you have. That's what determines how much
13 per mile you get.
14     MS. BRONCHETTI: Can we go off the record for a
15 minute.
16     THE VIDEOGRAPHER: Going off the record. The
17 time now is approximately 1:05 p.m.
18     (Discussion off the record.)
19     THE VIDEOGRAPHER: Going back on the record.
20 The time now is approximately 1:06 p.m.
21 BY MS. BRONCHETTI:
22     **Q. Have you ever worked as a driver mentor?**
23     A. No.
24     **Q. Can you tell me who you're representing or who**
25 **you're trying to represent in your lawsuit?**

Page 85

```
1        A.  I'm trying to represent all the drivers that are
2    based in Washington, and all the Swift drivers that get
3    paid by the mile.
4        Q.  And all of them?  Or just the ones based out of
5    Washington?
6        A.  The ones based in Washington.
7        Q.  Do you know how many drivers that consists of?
8        A.  No, I don't.
9        MS. BRONCHETTI:  I have nothing further today.
10   I appreciate your time.  Well, for now I have nothing
11   further.
12       THE WITNESS:  Okay.
13       MR. CAMP:  We have nothing either.
14       THE REPORTER:  Reading or waiving?
15       MR. LANE:  Read.
16       MR. CAMP:  Read.
17       THE VIDEOGRAPHER:  There concludes the
18   deposition of Eric Dublinski.
19       The time now is approximately 1:07 p.m.  This is
20   the end of disk No. 2.  Going off the record.
21       (Deposition concluded at 1:07 p.m.)
22       (By agreement between counsel and the witness,
23        signature was not waived.)
24            -o0o-
25
```

Page 86

```
1            C E R T I F I C A T E
2
3
4        I, SHERILYNN V. McKAY, a Certified Shorthand
5    Reporter in and for the State of Washington, do hereby
6    certify that the foregoing transcript of the deposition
7    of ERIC DUBLINSKI, having been duly sworn on
8    February 14, 2013, is true and accurate to the best of my
9    knowledge, skill and ability.
10       IN WITNESS WHEREOF, I have hereunto set my hand
11   February 21, 2013.
12
13
14
15
16   SHERILYNN V. McKAY, RMR, CRR
17
18
19
20
21
22
23
24
25
```

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                                      Eric Dublinski

Page 87

## A

**ability** 9:24 15:21
 86:9
**able** 8:1,16 9:22
 10:1 52:24
**absence** 41:21
**access** 63:25
**accommodated**
 45:6
**account** 45:25
**accurate** 86:8
**acknowledge** 71:15
**acknowledgment**
 70:4 71:4
**acquainted** 16:10
**activities** 62:13
**actual** 9:14 38:23
 42:18
**add** 9:15 83:6
**added** 59:16
**additional** 61:6
 81:8 83:10
**address** 25:11,18
 40:22 41:2
**addressed** 64:10
**adequately** 64:10
**adventure** 47:25
**afternoon** 78:15
**ago** 1:19 13:23
 19:15,18,22 20:3
 24:6 27:12 30:21
 41:17 45:12 47:2
 61:16 62:4,5 67:5
 67:5,8,8 76:22
 79:2
**agreeing** 7:25
**agreement** 85:22
**ahead** 35:25
**al** 4:5
**alabama** 2:5,9
**alcohol** 31:14 32:12
 33:21 34:11 39:5
 39:9,14
**alls** 36:22 66:17
**altercations** 78:3
**amount** 51:16

52:19 54:20 81:8
 82:24
**answer** 6:8,24 7:9
 7:10,15 8:16,21
 31:6 53:17 54:2
 57:16 58:12 77:13
**answers** 7:24 8:9
 8:14
**anybody** 22:1
 36:15,17 41:1
 45:22 68:14 70:11
 70:12 72:6,8
**anymore** 69:20
**anyway** 71:18
**appealing** 42:8
**application** 29:25
 30:1,4 31:1
**apply** 28:13,18
**appreciate** 85:10
**approximately**
 4:10 9:6,9 19:15
 42:13,16 49:9
 61:16 68:7 73:15
 73:22 78:9,13
 84:17,20 85:19
**april** 27:12 37:10
**area** 25:8 44:16
 55:19 61:20 80:21
**areas** 44:7
**arent** 7:3
**arizona** 1:11 4:6
**arrangements**
 62:12
**asked** 6:6 22:2,7,23
 68:17 71:6,10
**asking** 5:20 7:2
 9:21 31:18 51:10
**assigned** 38:24
**assist** 80:24
**assisting** 81:4
**assume** 6:8
**assumed** 7:9
**attend** 38:11
**attended** 35:14
 36:20 37:6,9,19
 38:7 77:1

**attention** 64:3
**attorney** 4:18,20,21
 11:19 14:19
**attorneyclient**
 14:17
**attorneys** 6:7 11:20
 13:4
**automatic** 66:19
**avenue** 1:20 2:4
 4:12,14
**average** 56:17
**awarded** 40:21
**aware** 13:17,19
 14:1,3,24 15:12
 15:25 16:12 18:6

## B

**b** 3:9
**back** 5:21 9:8 11:8
 11:8 18:12 19:7
 20:9 21:15 25:6,8
 30:12 37:10 40:20
 42:15,18 44:14
 47:10 48:20,24
 51:3 53:15 55:14
 63:6 65:1,19 68:1
 68:6,22 71:22
 72:4 78:12 79:7,8
 79:22 80:15 84:19
**background** 25:10
**bad** 63:9
**bankruptcy** 41:7
**barely** 16:10
**barry** 28:19
**based** 14:7 20:11
 20:24 21:2,19,25
 23:7,7,13 26:2,5,7
 26:8,12,12,17,20
 26:21,25 31:1
 42:20 45:16 57:16
 69:5 74:3 75:3,7
 75:20 85:2,4,6
**basically** 12:22
 13:21 18:16 44:25
 60:12 64:17
**basis** 44:10 47:13

**bate** 82:10 83:18
**bear** 42:19
**becoming** 29:5
 42:1
**began** 27:13 79:1
**beginning** 44:20
 68:8
**behalf** 77:7
**belief** 13:12 71:17
**believe** 19:17,20
 23:2 29:13 30:2
 31:7 34:13 36:6
 38:13 51:24,25
 70:17,21 73:21
 75:4
**believed** 31:1,10
 62:23
**ben** 73:9,16,18
**benefit** 66:19
**benton** 25:12,13,20
**best** 5:20 8:21 9:20
 15:21 48:9,25
 49:2 58:12 86:8
**better** 45:22
**bhs** 1:3 4:7
**big** 24:18 58:14
 59:9 71:8
**birmingham** 2:5
**bit** 7:21 10:9 36:25
**bob** 16:7
**bonus** 18:24 64:24
 65:2,3,7,9,11,16
 65:20 66:2,3,8
**border** 20:18,18
 47:8 49:21 50:20
 52:2 54:9,10 55:4
 55:6,11 80:7
**borders** 52:16
**bosses** 28:5 73:5
**box** 2:9 71:10,12,15
 71:20,23,24
**boy** 58:23
**breach** 9:12
**break** 7:12,13 42:9
 42:14 57:7 67:21
 67:23 68:5

**breakdown** 80:9,10
 80:15,16,17,18
**breaking** 42:5
**breaks** 41:23 64:21
**briefly** 68:17 76:8
 78:23
**bring** 36:8 79:8
**bringing** 14:24
 77:6
**brody** 21:20,23
 74:6
**bronchetti** 2:11 3:4
 4:9,18,18 5:7 9:4
 9:16,17 10:15
 14:18 15:8,9 31:5
 32:20 33:9 41:4
 42:11,17 66:1
 67:21,25 68:2,10
 72:17 77:20 78:6
 78:14 82:8,15,17
 83:15,17 84:14,21
 85:9
**brook** 2:16 4:13
**brought** 21:15 64:3
**bucks** 59:19 65:21
 83:11
**buell** 2:17 4:13
**built** 70:11 71:16
**builtin** 69:25
**bump** 17:11
**bumped** 76:16
**business** 16:24 28:3
**buzzed** 34:19

## C

**c** 2:1,8 86:1,1
**calculates** 84:5
**calendar** 48:13
**california** 2:13
 21:4,7 26:20,21
 74:23
**californias** 74:5
**call** 30:23 31:18
 33:10,15,23 34:9
 34:17,19 37:24
 44:24 56:15 58:25

Slack, et al. v. Swift Transportation Co. of Arizona, LLC

Eric Dublinski

Page 88

79:18
**called** 30:16,19
**calling** 13:20
**calls** 33:2 77:18
**camp** 2:3 4:20,20
  9:2,10 10:13
  14:16 31:3 32:19
  33:2 41:3 42:9
  68:1 77:18 78:7
  85:13,16
**canceled** 80:22
**cant** 6:8 13:23
  21:16 30:11 31:21
  31:23,25 32:18,25
  34:15,21 35:9
  37:20 38:10,14,25
  39:6 48:5 60:22
  73:24 74:9 75:24
  76:17 78:23 81:23
**card** 31:24 34:11
  39:10,15
**carrier** 32:5,8
  33:20
**case** 7:5 10:11
  15:19 41:2 43:1
  48:4,20
**cause** 4:6
**ccr** 1:25
**cdl** 31:25
**center** 2:12 20:22
  25:17 26:17
**central** 21:12
**cents** 18:23 22:14
  22:18,24 23:3,12
  23:18 24:7,7 28:2
  82:25 84:4
**certain** 44:4 65:17
  68:23 75:24
**certified** 86:4
**certify** 86:6
**cetera** 56:18
**chance** 34:8 82:12
  82:18
**change** 8:16 47:24
  53:17 74:15 75:6
**changed** 22:11

74:20 75:1
**check** 71:10,12,15
  71:24
**checked** 71:20,23
**children** 40:1
**choose** 29:17
**choosed** 29:19
**chose** 67:14
**christmas** 24:9
  65:7,8,9,10,10
  66:2
**circle** 46:22
**city** 12:14 25:12,13
  25:20
**claim** 13:25 14:2,11
  14:22,23,24 76:24
**claims** 9:12 13:17
  14:1,2 69:8
**clarifying** 54:2
**class** 1:8 14:5 15:15
  16:1,3 34:24
  36:19 37:2 77:10
  77:13
**classes** 34:24,25
  35:2,5,11 36:10
  36:20 37:14
**classified** 82:2
  83:12
**classmates** 27:7
**clean** 8:10
**clear** 8:10
**clicked** 19:3,9
**close** 48:5
**closer** 29:20 60:12
**cochran** 2:3,8
**cochranfirm** 2:5,10
**code** 71:9,12,21
**coeur** 49:9
**collected** 76:23
**college** 28:20,24
  29:22
**colville** 46:5,13
  47:17,20,21
**com** 2:5,10,14
  40:25
**come** 10:16 11:12

13:22 15:25 19:23
  20:24 22:22 30:7
  30:16,17 36:8
  46:14 47:10 51:3
  76:13 79:22
**coming** 11:22,23
  12:10
**comment** 8:16
**commercial** 29:5
  29:11 32:1,5,8
  33:19 39:17
**communicated**
  30:12
**communication**
  29:23 30:5
**community** 28:20
  28:24
**companies** 29:18
  60:14,16 61:2
**company** 4:6 33:1
  60:9 61:4,6
**compare** 22:24
**compensate** 43:20
  60:17
**compensated** 28:4
**compensation**
  40:15 43:7,12
**complaining** 18:10
  18:19
**complaint** 10:21,24
  11:4,7,10,11,13
  11:15 64:23
**complaints** 18:20
**complete** 5:23 6:9
  57:3
**completed** 27:4
  35:18,21 57:4
**completely** 69:6
**complicated** 7:4
**complication** 53:8
**computer** 21:8
  63:24
**concern** 10:1 67:3
**concerned** 64:10
**concerns** 62:18
  64:11

**concluded** 85:21
**concludes** 85:17
**conclusion** 32:19
  33:3
**considered** 29:5
  40:15 42:1
**considering** 29:9
**consistent** 45:11
  46:25 58:9 75:11
  75:17
**consisting** 51:5
**consists** 85:7
**contact** 72:13
  76:12,14,18
**container** 46:2
**content** 12:19
**continuously** 41:23
  41:25 69:2
**contract** 9:12,13
**contrary** 71:16
**convening** 4:11
**conversation** 7:18
  17:1
**conversations**
  68:14
**cool** 72:1
**cooperate** 13:11
**cooperating** 15:23
**correct** 6:17 8:14
  26:2 32:3,15,16
  34:12,14 37:11,12
  37:14 43:6 45:19
  45:24 54:13,22
  56:9,9 62:8 69:4
  76:7 78:16,17
  80:12 82:3
**corrected** 62:24,25
  64:4,7,7
**correctly** 62:18
**costco** 23:16
**counsel** 4:16 9:10
  77:2 85:22
**count** 79:12
**couple** 24:20 44:25
  50:2 55:8 61:16
  73:17,21 74:7

76:22 78:24
**course** 9:4 32:23
  56:21
**court** 1:1 4:8,22
  7:21 40:13
**courts** 15:21
**covered** 8:25 38:16
  56:13
**cowie** 72:16
**crashes** 65:12
**crashfree** 65:13
  66:8
**credibility** 8:17
**credit** 41:15
**cross** 50:19 52:2,16
  54:9 59:7
**crossing** 80:6
**crr** 1:25 86:16
**current** 22:18
  25:11 44:21
**currently** 42:23
  43:5 59:14 73:12
  82:24
**customer** 78:19

**D**

**d** 2:7 3:1
**dalene** 49:9
**date** 1:24 22:18
  30:7,9 41:20
  44:21
**dave** 22:9
**day** 4:11 8:7 35:6
  40:6 44:6,17
  46:14 47:25 50:23
  51:5,11,14,16
  53:9,19,20 54:4
  57:1,2,4,5 58:25
  64:16,17,18,19
  71:18 78:20 80:19
  80:21
**days** 34:21 37:18
  46:20,23 47:6
  48:12,14,21,21
  49:3 50:8,15
  53:14 55:2 57:21

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                    Eric Dublinski

57:21,22,22 58:4
58:5,6,20 59:3
**dc** 20:19,19,21
25:15,16
**deal** 71:9
**decide** 18:8 27:25
**decided** 18:15 19:6
24:11,12 26:11
65:8 68:13
**decision** 35:18
**decrease** 43:2 75:4
**deep** 76:1
**defendant** 1:12
2:12
**define** 79:19 80:13
**degree** 27:6
**deliver** 48:2 49:10
50:15 54:25
**deliveries** 39:13
78:19
**delivery** 45:9 53:12
79:17,20 80:2
**dennis** 1:6 16:20
**depending** 55:17
56:8
**depends** 55:3,9
**deposition** 1:16 4:4
5:8 10:5,18 11:16
11:21 12:7,20,25
13:3 18:6 68:9
85:18,21 86:6
**describe** 10:17
56:16 70:2 77:22
**describing** 44:9
**designated** 20:25
**desk** 6:6 72:21
**desks** 6:7 63:20
**detention** 79:4,6,11
79:15
**determination** 84:8
**determined** 21:1
**determines** 84:12
**didnt** 6:13 10:19
12:15,19 19:23
21:4 22:1 28:4,5
31:20 36:11,11

45:4 54:19 56:24
56:24 63:24 67:3
67:16 70:9 71:15
71:25 72:18,23,25
73:2,2 75:15,25
76:1
**diem** 14:6,11,23
66:12,15 68:11,15
68:20 69:17
**different** 25:8
31:17 36:25 60:15
62:11,12,13 83:3
**direction** 44:8,13
44:23,24
**disagreed** 11:13
70:10
**disappeared** 21:14
**disappointing** 71:6
**discontinued** 66:11
69:17
**discuss** 12:19 18:7
71:2 77:2
**discussed** 9:10
69:16 70:1 75:22
75:24 76:6,19
**discussing** 69:22
70:25
**discussion** 9:7
11:24 31:10 84:18
**discussions** 23:1
70:16,20
**disk** 68:8 85:20
**dispatch** 21:12
80:22
**dispatched** 21:4
75:11
**dispatcher** 21:21
34:2
**dispatchers** 21:22
**distribution** 20:22
25:17 26:17
**district** 1:1,1 4:7,8
**do10223** 82:10
**do10223224** 3:12
**do10224** 82:11
**do10225** 83:19

**do1022526** 3:14
**do10226** 83:19
**doctor** 31:22
**document** 70:7,11
70:14 82:9,11,20
83:18,23
**documents** 10:8,10
10:12 11:17 37:21
38:2,7,8 52:17,19
**doesnt** 22:24 64:20
**doing** 36:13 47:4
47:14 54:18 58:7
68:18
**dont** 6:2,24 7:6
10:11,13 12:11
14:9 16:16 17:20
18:7 19:5 20:9
23:15,16,17 24:10
24:18,19 25:7
26:20,22 30:11,12
30:19 31:21 33:4
33:5,7 34:2,14
35:3,6 36:2,4,22
37:5,24,25 38:19
38:20 39:11 41:14
42:5 43:15 44:17
47:5 50:13 51:20
51:21 52:4,19,22
53:18,24 54:5,14
54:14,15,16 61:23
63:20 65:5,6
66:17,24,24 67:4
71:10 74:2,8 77:9
77:19 80:11,17
85:8
**door** 72:21
**dot** 31:11,15 32:9
33:21 64:12
**dothan** 2:9
**double** 63:6
**doug** 71:22 72:2,2
72:5
**dragged** 40:5
**drive** 12:11 32:3,7
39:7,8 46:4 50:1
58:3 59:9 83:1,3

**driver** 3:11,13
17:15,16 29:5,9
30:14,15 32:1
33:19 34:2 35:4
38:23 39:8 47:25
68:18 70:21 71:9
71:12,21 73:7,10
73:12,14 76:24
78:22 80:24 81:3
81:4,6 82:3,10
83:20 84:22
**drivers** 13:10 15:22
19:11 20:5 22:2,6
22:7,19,22 23:2,4
23:5,12,13,19
24:13 29:11 35:13
36:19,23 39:17
60:14,17,18,25
61:1 62:11 69:8
69:25 70:5,13,16
77:2,6,8,15,16
78:4 84:6 85:1,2,7
**driving** 32:15 33:6
34:5 35:1 36:1,5
39:4,10,11,15
42:18 53:1 55:25
56:1 58:5 84:10
**drop** 46:11,12
50:20 51:3 54:12
55:13 56:2,17
**drove** 12:15 54:11
54:11,11,12 56:15
56:24 65:2,17
**drug** 31:14,23
32:12 33:7 34:4
34:15,15 35:1
39:4,9,14
**drugs** 9:23 36:3
**dublinski** 1:7,17
3:3 4:5 5:1 40:25
68:9 85:18 86:7
**dude** 60:20
**duly** 5:2 86:7
**duties** 42:18
**dysfunctional** 7:21

**E**

**e** 2:1,1 3:1,9 25:12
86:1,1
**earlier** 26:6,11
**easier** 8:6,7
**easy** 57:6
**ebronchetti** 2:14
**economy** 18:12
**education** 27:3
**effective** 3:12,14
**eight** 24:6 58:23
67:8 73:15
**eighteen** 27:17
**eighty** 64:5
**either** 30:22 36:15
44:12,13 85:13
**electronic** 51:20,22
52:6,8,10 53:23
54:19 64:15
**eleven** 59:8,11
**ellen** 2:11 4:9,18
**email** 40:22 41:1
72:16
**emailed** 30:20 41:1
**embarcadero** 2:12
**employed** 30:24
32:18,25 33:12,16
34:1,5 35:17 36:7
36:21
**employee** 38:23
**employees** 60:23
**employer** 36:12
40:7
**employment** 29:24
30:6 35:22 37:4
60:8 79:24
**entail** 27:20
**enter** 56:2
**entire** 58:9
**entitled** 5:19,22
6:23 19:20
**equipment** 27:22
**eric** 1:7,17 3:3 4:5
5:1 40:23,25 68:9
85:18 86:7
**erickson** 1:5 17:24

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                                                      Eric Dublinski

Page 90

17:25 18:3
**error** 62:24
**errors** 64:2,4
**esq** 2:3,7,11
**establish** 84:9
**estimate** 6:15,20,23
49:1,2 50:18,21
**et** 4:5 56:18
**events** 5:21
**eventually** 28:12
**exact** 6:24 51:15
**exactly** 5:22 44:17
51:22 52:14,24
**examination** 1:16
3:3,4 5:6
**examined** 5:3
**example** 83:2
**excuse** 63:22
**exhibit** 3:11,13
82:5,6,7 83:15,16
83:18
**existence** 65:14
**exit** 49:22,23 50:1,6
55:11
**expect** 36:9,13
**experience** 6:23
82:22 84:10,12
**experienced** 35:4
**explain** 26:10
59:24
**extended** 37:4
**extent** 43:18 66:21
76:9
**extra** 22:4 24:11
43:8 50:8 80:6
81:11,18
**eyes** 73:4

### F

**f** 86:1
**face** 16:21 17:22
**facilities** 26:18
**facility** 54:11
**factored** 60:6
**factors** 56:10
**fail** 34:4

**failed** 33:12,25
**fair** 7:16 25:10 37:1
48:1,18 59:18
**fairmont** 12:16
**falls** 49:17,20 53:13
54:24,25 55:20
**familiar** 32:1 38:15
81:14,16
**family** 11:23
**far** 15:19 25:7
49:20 55:12,17
58:14 64:10
**farther** 47:12 55:4
**fast** 55:9
**faster** 75:12
**favorite** 47:9
**february** 1:24 4:1
4:11 86:8,11
**feel** 10:9 13:20 28:4
28:5 77:16
**fifteen** 67:25
**fifth** 1:20 4:12
**fight** 71:25 73:3
**figure** 28:9 52:6,22
52:23,24 53:2
67:19
**figured** 28:11
**file** 18:8,21
**filed** 41:7
**filled** 30:1,4
**finalized** 35:23
**finally** 71:11
**find** 38:4
**fine** 55:23 71:11
**finish** 27:9 56:25
64:17
**finished** 19:24
53:19 64:21
**firm** 2:3,8
**first** 5:2 11:3,6 15:1
34:16,25 43:15,16
49:22 59:23 60:11
66:22 67:1 79:1
81:21
**five** 24:24 25:3
28:16 35:7 58:4

67:5
**fiveyear** 57:8
**fix** 64:1
**flatbed** 81:6
**floor** 2:13 27:21
**focus** 44:19
**follow** 5:4
**fontana** 21:13
**food** 49:11
**foregoing** 86:6
**foreman** 27:19
**forgot** 63:7,10
**form** 14:16
**formal** 10:21
**forney** 1:7 16:18
**found** 20:7 69:17
**four** 2:12 16:5
28:16,16 46:23
49:19 51:12 55:18
57:20 79:23,25
80:1 82:22
**fourteen** 59:11
**fourth** 4:14
**francisco** 2:13 6:3
**fred** 16:11
**freight** 32:25 50:20
57:14 59:5 81:4
**friday** 44:5
**friend** 11:22 12:1
17:12,20 18:9,16
72:10 75:25
**friendly** 60:19
**full** 81:15
**further** 85:9,11

### G

**gary** 1:5 17:4,13
**gear** 36:8
**ged** 27:5
**general** 45:8 69:21
**generalize** 57:8
**generally** 36:12
43:23 50:21 58:6
69:16
**gentleman** 35:3
**geography** 20:14

**germer** 73:9,16
**getting** 13:10 19:4
20:6 22:23,25
23:17,18 36:17
70:5 75:11,12
76:8,11
**give** 6:19 7:23
24:11,12 34:7
35:9 47:7 50:18
50:20 58:12 65:2
65:9,12 67:6
**given** 48:1 52:12
53:9 54:4 57:9
58:4
**gives** 47:9
**giving** 19:3
**go** 5:18 7:15 8:15
9:2 10:10 20:8,9
24:22 29:20 34:18
34:23 35:25 40:18
42:18 44:6,10,13
44:14,17,18 45:3
45:5 47:10,16,17
48:24 49:4,19
50:8,8 51:3,16
55:19,22 56:23
57:2 60:11 63:6
68:2 78:6 84:14
**goes** 42:7
**going** 5:10 7:2,3
8:17 9:5,8 10:9
12:10,18 15:20
16:24,25 25:6,8
34:5,7,24 36:3
42:12,15 44:12,18
47:20,21 48:5,24
49:14 54:24 55:3
55:6,11,18,21
56:15,22 57:24
59:25 60:11,20
64:20 65:9 67:22
68:3,6 69:19 78:8
78:12 80:15 82:5
84:16,19 85:20
**good** 13:2 16:11,23
41:15 57:1 68:16

77:22,24 78:15
**gosh** 21:16 31:21
65:5
**gotcha** 20:23
**gotten** 31:2
**graduated** 27:7
**grandview** 24:15
25:4 26:25,25
42:20 45:8,23
46:13 58:7 61:14
61:19 63:3,18
64:3 74:24 75:8
**grandviewcolville**
46:22 47:4,14
**great** 20:14
**grismer** 1:5 12:5,6
16:9 18:19 69:10
69:11,23 70:25
75:23
**ground** 5:18
**group** 37:2
**growing** 28:3,4
**guess** 6:2,9 29:4
35:15 52:17 58:11
75:5
**guessing** 81:16
**guy** 23:5 74:5
**guys** 17:19

### H

**h** 1:5 3:9
**half** 11:9 14:13
19:15,18,22 46:20
50:25,25 51:2,7
51:10 56:1,4
57:18,18 58:3
65:10
**hand** 79:12 81:15
86:10
**handed** 38:7
**hands** 7:19
**happen** 62:20
72:22
**happened** 34:23
48:24 72:19 73:6
**hard** 47:24 48:8

Slack, et al. v. Swift Transportation Co. of Arizona, LLC

Eric Dublinski

57:7,7
**haul** 32:25 57:10
  57:14 58:6,17
  79:7 82:3
**hauled** 58:20
**hauling** 45:9,16
  59:4,5
**hauls** 45:17
**havent** 33:23 37:13
  37:17 63:12
**hayden** 49:17,25
  55:20
**head** 7:25 12:23
  15:6 19:3,9 33:17
  56:5 59:20 82:19
**headache** 42:5
**heads** 7:19
**healthy** 36:2
**hear** 67:2
**heard** 14:12 16:19
  16:21 19:19 76:16
**hearing** 40:18
**hearings** 15:21
**hed** 18:11
**helmick** 1:6 17:18
**help** 22:4
**helpful** 8:4
**helping** 81:1
**henry** 1:6 16:11
  73:25
**heres** 72:21
**hereunto** 86:10
**hermiston** 20:13
  65:1
**hes** 12:9 17:20 23:7
  72:3,4 75:25
**hey** 30:21 52:3
**high** 27:9
**highest** 27:3
**highway** 49:9
**hire** 30:8 35:19
**hired** 30:2 31:8,25
  59:23
**history** 81:23
**hmmm** 12:13 18:15
**hold** 66:18

**holding** 67:17
**holdup** 53:6
**home** 46:14
**hope** 40:5
**hour** 20:17,18
  22:18 23:3,13
  55:8,12 61:9,12
  67:22 79:16
**hourly** 80:2
**hours** 9:23 35:6,7,8
  42:22,25 43:3
  44:1 46:20 51:1,2
  51:5,8,10,11 54:9
  55:8,9 56:1,4
  58:21,24 59:1,4,8
  59:8,10,11,21
  62:1 64:14,19
  75:6
**house** 20:7,8 50:14
**hr** 72:13
**hub** 9:14
**hundreds** 69:12
**hunting** 20:7,7
**hurry** 71:8

### I

**id** 17:22 19:19
  34:21 35:15 48:5
  48:14,14 57:16,18
  63:9 67:8,17
  72:15 73:17
**idaho** 23:9 26:4,9
  29:20 33:11 37:10
  44:13 45:2,10
  47:8,16,19 48:25
  49:4,13,15,18,18
  49:25 50:9,9,16
  50:19,24 51:8,17
  52:3,20 53:9,14
  55:1,13,19,24
  57:23,24 75:7
**idea** 30:14 35:7
  81:21
**identify** 4:17
**ignorance** 20:21
**ill** 7:7 20:8 47:9

71:11,24
**im** 5:19,22 6:15,17
  6:23 7:2 8:16
  12:9 13:9,19
  15:20 16:10,12,12
  16:22,23,23 18:14
  20:14,14 21:16
  22:23,24 23:5
  25:6,8 26:5,13
  30:24 31:9,17
  44:12,12 45:5,19
  47:20,21 51:10
  52:3 53:15,15
  55:3,6,18,20
  56:15 57:6 60:19
  64:10,17 65:23
  71:11 72:22 74:1
  77:12 81:16 82:5
  85:1
**impact** 9:24
**implied** 9:13
**importance** 7:22
**important** 6:2 8:20
  9:19 54:3
**improve** 24:10
**inadequate** 28:2
**include** 56:19
**included** 70:17,22
**includes** 64:23
**including** 13:1
**incorrectly** 62:23
**increase** 23:22 24:4
  24:14 43:2
**increments** 24:22
**indicating** 72:22
**individually** 1:7
**info** 76:18
**information** 51:24
  76:14
**injury** 61:13
**inquired** 22:5
  28:14
**inside** 48:6
**interrupt** 7:18
**involved** 77:8
**involves** 56:23

**isnt** 69:2
**issue** 14:23
**ive** 13:5 16:21,22
  17:6,19,22,22
  22:23 41:15 52:14
  53:20,21 69:10
  80:17 82:4

### J

**j** 2:3
**jack** 27:21 81:9
**jacob** 1:5 12:5,6
  16:9 18:9,18
  69:10 72:10 76:17
**jam** 53:4
**jay** 73:13,14
**jlane** 2:10
**job** 8:6,6 13:22
  15:22 27:20 28:8
  28:9,18 30:25,25
  31:1,2,7,11 33:16
  33:24 37:23 38:18
**jobs** 28:22 29:2
**joseph** 2:7 4:21
**juhl** 73:13
**july** 65:7,10

### K

**keep** 35:10 64:12
**keeps** 54:16
**kennewick** 25:15
**kept** 12:18 53:18
**kidding** 6:16
**kids** 39:22
**kieffer** 28:19
**kind** 12:8 18:10,13
  19:6,9 21:12
  30:15 37:13 47:8
  56:12 60:19 68:19
  68:24 69:20 71:5
  71:7 73:4
**klein** 71:22
**klies** 71:23
**knew** 17:12 36:1
**know** 5:13,22 6:7
  6:17 7:20 8:21

10:11 12:9 13:6
  14:11 16:3,5,6,9
  16:11 17:16,20
  18:2,2 19:5 21:21
  21:22 22:21,22
  23:16,16,17,18
  24:8,10,18 26:20
  26:22 30:11,12,19
  31:21,23 33:4,5,6
  33:7 34:2,6,14
  35:3 36:11,11,20
  36:22,23 37:3,5
  37:24,25 38:19,22
  39:3 41:16 43:8
  44:17 45:4,4,22
  47:23,24 48:8
  52:23,25 54:1,11
  54:14,14,14,15,17
  57:1,7,17 58:3,11
  60:25 61:1,4,6
  62:10 64:7,17
  65:4,6 66:17,17
  66:21,23,24,24
  67:2,4 68:23
  70:13 74:8 77:5,9
  77:10,16 79:10,14
  81:14 83:10,20
  84:5,11 85:7
**knowledge** 6:22
  16:14,15 33:21
  52:11 79:3 80:11
  83:14 84:7 86:9
**known** 82:4
**knows** 11:22 17:12

### L

**lady** 74:8
**lane** 2:7 4:21,21
  65:25 67:7 72:15
  82:14,16 84:9
  85:15
**lara** 73:19
**late** 66:4
**lathrop** 21:11
**law** 19:8,10,13,16
  19:18,21 33:3

lawsuit 12:2 13:8
    13:18 14:3,25
    16:1 17:2 18:4,8
    18:11,14,21 69:9
    69:14,23 71:3
    75:23 76:4,6 77:3
    77:6,15,17 84:25
lawyer 72:7,8
lawyers 13:11 41:3
    41:5 76:9,12,15
lean 48:6
learn 66:22
learned 67:4
leave 40:17 41:21
    47:5,15 48:2,12
    48:15,19,21 49:3
    49:12,15,16 71:22
leaving 71:24
led 18:21
ledesma 1:6 16:11
    73:25
left 4:16 65:25
legal 32:19 33:2
legue 74:6,6
letter 24:9 30:20
    37:24
level 27:3
lewiston 23:8,9
    26:3,4,5,21 29:20
    30:18 31:16,23
    33:10 34:17,20
    36:16 37:10 74:4
    75:2
license 29:12 39:17
life 57:8
line 82:3
linehaul 3:11,13
    82:10 83:20
little 7:21 10:9 19:1
    31:17 36:25 47:12
    47:22 48:16 49:7
    52:9 55:12 59:16
    64:16 66:4 71:4
    75:25
live 20:19 25:21,23
    39:24

lived 25:18
lives 23:6
living 21:9 25:20
    26:1
llc 1:11 2:17 4:6,14
load 57:1 79:9
    80:25 81:4,15,25
loaded 46:2
loading 27:21,21
loads 21:6
local 79:17,18,19
    79:20,22 80:2,13
    83:12
located 4:14
location 54:25
locations 45:9
    49:13,17 50:11
log 51:20,22 64:15
logbooks 52:15
logistics 12:22
logs 51:19 52:6,8
    52:10 53:3,18,20
    53:21 54:4,19
    64:12
long 7:4 25:18,23
    27:16 28:13 35:5
    35:10 40:3 41:14
    41:16,19 43:23,24
    44:23 46:17,18
    51:23 52:8 54:5,7
    54:8 55:1,21 57:1
    57:4 59:8,9,9
    61:18 64:9 73:14
    73:16,20 78:23
longer 41:21 53:9
    73:11 75:12
longwinded 9:18
look 38:1 82:11,18
looked 18:16 29:19
    60:9 62:17 63:11
looking 10:22
    48:12
looks 17:14,21
lost 71:19
lot 7:2 21:22 46:20
    60:21

lots 28:21
luncheon 78:10

M

m 4:2,10 9:6,9
    42:13,14,14,16
    68:4,5,5,7 78:9,10
    78:11,13 84:17,20
    85:19,21
maam 9:25
main 2:8
maintaining 27:22
making 9:12 14:3,4
    43:24 69:9 75:16
    75:18
management 30:15
manager 21:18
    30:13 72:18,20
    73:6,7,10,12,14
    73:16,18,20,25
    74:1,3,8,15
managers 77:23
    78:1
marathon 7:14
march 29:13
mark 64:16 82:5
    83:15
marked 82:7 83:16
married 39:20 40:3
matter 4:5 8:16
    63:25
maximum 24:2
    25:1
mckay 1:25 86:4,16
mcnally 9:13
meals 66:20
mean 13:5 23:15
    25:2 26:10,14
    36:24 38:8 41:13
    43:9,21 52:14
    65:5 66:4 75:9
meaning 25:16
    44:3
means 7:20 15:18
    81:17
meant 26:16

medical 31:11,24
    32:9 33:6,21 34:4
    34:11,14,16 39:4
    39:9,15
medication 9:23
meet 17:7
meeting 11:8 28:23
    29:4,7,21
meetings 37:3,18
    77:1
memorializing
    74:12
mentioned 14:1
    15:15,24 49:4
    77:14
mentor 84:22
met 6:11 16:13,16
    16:20 17:4,6,17
    17:25
middle 20:20
mile 13:10 18:25
    22:14,24 23:13
    47:11 59:9 60:1
    65:12 75:14 82:25
    83:1 84:1,4,9,13
    85:3
mileage 15:2,3
    19:12 23:22 24:5
    43:8,11 80:4 83:2
    83:7 84:5
mileagebased
    24:17 43:5,12
    61:5 62:6 83:4
miles 9:14,14,14
    20:6 25:15 47:9
    49:8,24 50:2,7,8
    63:8,9 64:8 65:2,4
    65:6,17 79:19
    80:12 83:3 84:6
milesish 50:3
mind 10:16 11:12
    19:23 58:13
minimum 61:22
minor 75:25
minute 9:3 65:23
    84:15

minutes 44:1,2
    67:25
mischaracterizat...
    33:3
mischaracterizes
    31:3
missed 12:12,14
mission 57:4
missoula 58:19
moment 83:21
mondays 44:4
money 57:5 60:21
    66:18 67:17 75:17
    75:18 76:3
montana 45:4,10
    48:25 57:10,17
    58:3,17,18,20
month 47:23 48:1
    57:11,15 58:3,15
    61:20 65:23 79:11
months 28:16,17
    73:15
morning 11:2,12
    44:18
move 26:12
moved 18:22 45:7
moving 54:16
mullin 2:12
multiple 55:18

N

n 2:1 3:1 25:12
name 4:13 10:19
    16:21 17:12,21
    21:16 71:9 74:5,9
    76:16
named 12:2 77:10
    77:13
names 10:11 16:17
    16:23 39:1 63:23
    76:9
nearly 59:22
need 7:5,12 22:6
    31:24
needed 22:1,4
    34:10,10

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                          Eric Dublinski

needs 13:11
never 6:3 14:10
    16:19 17:14,22
    19:5,19 37:6
    83:13
new 19:18
night 11:2,12 50:13
    50:14
nights 56:24
nine 67:8 79:1
nod 7:19 15:7
nods 12:23 15:6
    33:17 56:5 59:20
    82:19
nondriving 33:13
nonstop 53:1
normal 7:18,20
    23:25 24:20,24
    41:21 44:2
north 2:4 49:8
northwest 20:15
notes 76:1
noticed 4:9 64:2
notoriously 56:25
number 38:23,23
    43:3 64:13 65:17
    76:12 82:14 84:6

O

o0o 85:24
oath 5:3,11 78:16
objection 14:16,17
    31:3 32:19 33:2
    77:18
observing 37:14
obtain 29:11
occasionally 22:3
    22:22
occasions 58:18
    62:22 63:17
occurred 5:21
offer 28:9 35:22
    37:4
offered 37:22 68:21
office 6:3,8 63:2,3
    74:24

officially 36:7
    74:12
oh 8:5 15:8 17:6
    18:1 20:22 25:25
    31:19 51:12 53:5
    65:8 69:12 71:24
    80:17 81:5
okay 5:13,17 6:2
    7:7,8,10,11 8:2,5
    8:13,23 9:18 10:1
    12:24 15:7 20:1
    25:9 26:10,23
    34:9 42:19,22
    43:17 44:23 45:8
    45:21 46:6,21
    48:8,14,16 53:17
    53:22,24 54:1
    55:5 56:13 59:3,6
    63:8 66:5,14
    68:19 71:2,11
    76:18 78:18 80:14
    82:16 83:22 85:12
old 6:13,17 40:1
older 35:3
olympic 12:16
once 36:16 57:11
    57:11 58:2,15
    79:11,11 80:18
    81:19 83:21
ones 16:6 52:18
    85:4,6
online 29:25 30:1
open 72:21
operation 32:18
operator 42:2,7
opportunity 8:14
    68:21 69:1
opt 67:10,15 68:22
opted 66:24 68:20
option 67:9,12
optional 69:6
oral 1:16
order 32:3,7
oregon 18:23 20:2
    20:4,11,13,24
    21:5,19 22:10,10

22:17 23:1,3,5,21
    26:2,7,12,17 45:3
    45:10 48:25 56:23
    57:14,19,20 58:1
    58:6 59:4,5 75:14
oregonbased 22:19
oregonidahomon...
    56:16
oreille 49:7 55:20
orientation 13:19
    14:2,22 34:23
    35:14,17,18,22
    37:6,9,13,22 38:6
    38:12,17 39:2
originally 26:14
outside 58:21 77:1
    77:15
overnight 50:11
overtheroad 78:22
overtime 13:15,16
    13:25 14:22 15:3
    18:17 19:4,12,17
    19:21 60:3,6 61:6
    61:25 69:25 70:6
    70:17,21
owed 19:17
owner 42:2,7

P

p 1:6,7 2:1,1,8 78:9
    78:10,11,13 84:17
    84:20 85:19,21
pacific 20:15 27:15
    27:16,18,25 28:12
    28:14 40:20
packers 27:15,16
    27:18 28:1,12,14
page 3:3,10 5:19
    10:17
paid 13:10,16,21
    19:12 21:8 22:18
    23:3,12 36:9,13
    36:17 43:5 59:24
    60:3,6,19 61:1,9
    61:12 62:12,13,15
    62:18,23 63:8,12

70:18 75:13 79:11
    79:14,15 80:2,4,6
    80:10,16,18,20,22
    80:24 81:8,11,18
    81:20 82:24 83:1
    83:2,3,4,10,13
    84:1 85:3
pallet 81:9
paper 38:9 69:24
    70:2 71:4,7,19,21
paperless 51:19
paperwork 74:12
pardon 20:21
part 34:5 38:11
participating 15:20
pasco 25:14
pass 32:2,8,11,14
    33:5,6,20 34:10
    36:1,4
passed 19:8,10,14
    19:16,21 34:18
    39:4,9,14
passing 32:17,24
paul 72:16
pay 3:11,13 13:15
    18:24 19:2,4
    22:11 23:22,24
    24:17 42:6 43:8
    43:18,21 60:14
    61:21 62:6,7,9
    63:7 70:22 75:5
    79:4,6,11,15 80:9
    80:10,13,15,16,17
    80:18 82:10 83:13
    83:20 84:11
paycheck 62:17
    63:11 64:2
paying 13:13,14
    18:17 60:10
payment 9:13 81:3
payroll 63:19,21
pays 61:4,5 84:6
pend 49:7 55:20
pending 7:15
pennies 18:13
penny 14:13 18:25

24:11 65:12
people 17:23 37:2
percent 47:22 48:1
    48:3,16 64:5,6
percentagewise
    48:11
period 44:20 56:11
    57:8,13,23,25
    58:2,10,14
perjury 5:13
person 8:8
personal 6:22
    64:13
personally 14:4
phone 21:7 26:19
    31:18 34:19 37:24
    74:23
pick 26:24 46:2,10
    54:10 56:17
picked 21:6 74:20
piece 10:22 51:24
    70:2
pieces 38:9
pinch 18:13
place 16:21 42:10
    52:8 65:16 66:9
plaintiffs 1:9 2:3
    4:20,21 9:11 12:2
plan 3:12,14 82:10
    83:20
planner 72:3,4
planning 72:4
plant 54:11
please 4:17 45:6
    70:19 71:19
plus 59:16
po 2:9
point 7:5 13:12
    22:17 30:23 36:6
    38:13,22 60:2,5
pointed 62:24
position 33:13
possible 8:7 29:23
post 49:17,20 53:13
    54:24,25 55:19
praye 1:5 16:13

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                    Eric Dublinski

Page 94

**prefer** 57:16
**prehire** 14:23
  35:14,22 37:22
**prehiring** 13:20
**prehirings** 13:19
**preparation** 10:18
  11:16
**prepare** 10:4,7
**presence** 77:2
**present** 2:16 4:17
  29:21 35:13 41:20
  78:20
**presented** 29:22
**pretty** 16:10,11
  20:19 44:8 58:12
  72:22 73:3
**prevailing** 61:22
**prior** 10:24 19:16
  19:17,21 25:20
  27:13 29:4 31:10
  35:16 52:10
**privilege** 14:17
**probably** 6:15
  16:22 17:19 18:2
  18:9 22:9 24:18
  28:16 35:15 38:14
  38:19,25 39:2,6
  44:2 46:23 47:22
  48:7,14 50:2
  51:12 62:21 66:11
  68:25 76:9 79:12
**problem** 77:25
**proceeding** 7:13
  8:13 40:13
**proceedings** 65:25
  67:7
**product** 43:22
  49:11
**professional** 67:18
**program** 66:13,16
  68:11,15,20 69:18
**promise** 5:15
**prompted** 28:18
**prospective** 30:6
**prove** 32:14
**pulled** 18:25 19:2

**pulling** 19:6
**put** 17:21 71:9,9,12
  71:21 72:15
**putative** 1:7
**putting** 19:7

—————————————
**Q**
**qualcomm** 69:19
**question** 7:6,6,7,9
  7:15 13:2,24 24:3
  31:17 32:22 33:23
  36:2,25 43:9
  47:24 48:9 53:15
  53:25 54:24 60:15
  67:1
**questions** 5:17 7:2
  7:3 8:14,22,22,24
  9:21 82:13
**quickly** 8:7
**quit** 28:6,8,9,12,14

—————————————
**R**
**r** 2:1 86:1
**raise** 24:1,20,21,23
  25:1 28:2
**raises** 24:2,18,25
**rand** 9:13
**random** 68:17
**range** 55:23
**rate** 43:5,12 60:6
  61:5,21 70:18
  83:4,7 84:6,7,9
**rcamp** 2:5
**reaching** 76:14
**read** 10:20 82:11
  85:15,16
**reading** 85:14
**ready** 19:4 71:22
  79:8
**reagran** 73:19,23
**real** 16:23
**really** 8:20 9:19
  13:12 19:23 21:4
  63:20 64:22 66:17
  67:3 76:1,2
**realtime** 2:17 4:13

**reason** 23:2 42:4
**recall** 17:1 24:16
  24:19 35:6 38:7
  38:14,16 69:22
  80:20
**receive** 27:6 37:21
  38:22 43:7,11,14
  43:15 61:25 70:22
  74:11
**received** 23:22 62:6
  62:10 64:24 65:17
  79:3
**recess** 78:10
**record** 4:17 7:15
  8:10 9:2,5,7,8,10
  42:12,15 51:20
  54:19 64:19 68:2
  68:3,6 72:15 78:6
  78:8,12 84:14,16
  84:18,19 85:20
**recorded** 54:13
**records** 35:10
  51:15,18,21 52:11
  54:18 64:13
**recover** 76:4
**recruiter** 30:13
**refer** 22:8
**referring** 19:10
  30:10 63:1 70:3
**refuse** 71:20
**regarding** 29:23
  30:6 76:24
**regular** 23:18
**regularly** 50:11,13
**rejoined** 67:7
**related** 9:13
**relationships** 77:22
**reluctant** 60:18
**remained** 58:9
**remember** 13:23
  16:16 21:17,18,23
  30:11 31:21,24,25
  34:15,15,24 36:18
  37:1,20 38:10,20
  38:25 61:23 63:5
  63:22 69:18 70:24

73:24 74:5,9
  76:17 78:23,25
  80:19 81:24
**remembered** 30:22
**remembering**
  16:23
**repeat** 7:6
**rephrase** 7:7 32:22
  33:14 51:6
**report** 72:5
**reported** 1:25
**reporter** 4:22 7:21
  15:7 85:14 86:5
**reporting** 2:17 4:14
  75:2
**represent** 84:25
  85:1
**representative** 14:5
  15:16 16:1
**representatives** 1:8
  16:4 77:10,14
**representing** 13:9
  84:24
**required** 31:15
**requirements** 32:2
  32:17,24 33:5,7
**respected** 28:5
**response** 5:22,23
  63:17
**responses** 8:3
**responsibilities**
  15:25 28:3
**resulted** 53:9
**return** 50:20 56:3
**returned** 54:10
**reveal** 10:13
**review** 10:24 11:11
  11:16 71:7 82:12
  83:21
**reviewed** 10:17
  11:3,6,10
**reviewing** 11:11,15
**revoked** 39:18
**richard** 1:5 17:24
**richland** 25:14
**right** 6:4,9,11,13

12:15 20:18,20
  32:21 42:19,20,21
  47:10 49:8 53:10
  61:20 63:12,13
  72:4,20 74:24
  82:22
**rmr** 1:25 86:16
**road** 20:17 74:7
  82:4
**rob** 16:9
**robert** 1:6 2:3 4:20
  16:8,9
**roberts** 1:6 17:5,13
**role** 15:19
**roughly** 48:20
  59:18
**round** 46:16 80:12
  83:6
**route** 44:3 46:16
  47:5,14 50:12
  56:12,16
**routes** 44:7,10
  48:10
**rules** 5:19 32:2
**run** 83:12
**runs** 75:12

—————————————
**S**
**s** 2:1 3:9
**safety** 18:24
**san** 2:13 6:3
**sandpoint** 47:18
  49:4,8 50:15
  51:17 54:12
**saturday** 44:5
**save** 52:18
**saw** 11:2 17:21
  60:12 72:22,25
**saying** 24:9 30:17
  70:5 71:20
**says** 17:13 52:16
**scale** 23:24 83:13
**school** 27:9 29:6,8
  31:22
**schooling** 36:4
**scott** 1:5 16:13

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                                    Eric Dublinski

Page 95

**sean** 1:7 16:18
**seattle** 1:21 4:1,12
    4:15 11:23 12:12
    45:3 56:22 57:25
    58:7
**second** 34:8
**see** 12:15 20:16
    23:15 29:13 38:1
    47:11 50:25 59:6
    59:7,15 60:9
    73:24
**seeing** 69:18
**seen** 24:4 82:20
    83:23
**send** 22:3 36:4
    47:18,19
**seniority** 45:5
**sense** 7:4
**sent** 26:3 30:20
**sequence** 44:11
**service** 41:24
**set** 44:3 86:10
**seven** 20:3 25:19
    35:9 49:24 58:23
**shaking** 7:24
**sheppard** 2:12
**sheppardmullin**
    2:14
**sherilynn** 1:25 86:4
    86:16
**shes** 40:5
**shop** 26:18 61:14
    61:18 62:3
**short** 63:8
**shortchanged**
    69:20
**shorthand** 86:4
**shortly** 25:1 55:4
**show** 34:22 51:15
    51:18,21 52:11,16
    52:19,20,22 53:1
    53:3,10 54:4,5,7,8
    54:10 64:13,20
    82:5
**shows** 52:25
**shrink** 81:11

**sign** 12:16 22:6
    70:7,9,11,12,14
    71:10,14,20
**signature** 85:23
**significant** 43:2
**sir** 73:8
**sitting** 34:25 72:20
    79:9,9
**six** 24:6 28:16 35:9
    46:23 58:4,23
**skill** 86:9
**slack** 1:5 4:5 16:11
    76:7
**slightly** 44:7
**smaller** 21:14
**smelterville** 49:18
    50:5,6 55:22,23
    56:3
**smith** 38:11
**somebody** 16:16
    21:24 28:19,20
**soon** 41:18 52:1
**sorry** 14:16 15:8
    20:14 31:9 53:16
    77:12
**sort** 64:25 71:25
**sought** 60:8
**sounds** 18:15 38:15
**speak** 11:20 63:18
    67:18
**speaking** 8:9 18:18
    69:10
**special** 15:25
**specific** 18:20 33:4
    44:3 54:5
**speculation** 77:18
**spend** 50:13,13,19
    51:16 53:13 55:1
    55:7,24 58:21
    59:4
**spent** 35:10 36:9
    50:23 54:20 55:12
**spokane** 44:13,16
    44:23,24 45:2
**spokanebased**
    45:17

**spokanecentered**
    56:12
**spoke** 12:1 13:4,5
    16:10 17:15
**spoken** 12:25 13:3
    16:13,20 17:4,17
    17:19,25 18:3
    69:8,11,13 77:14
**spot** 54:6
**spring** 61:17 62:4
**stamp** 82:10
**stamped** 83:19
**stand** 7:10
**start** 9:21 27:11
    45:23 57:1 64:16
**started** 19:2 21:6
    29:14 45:12,16
    53:19 63:14 64:21
    81:22
**starting** 4:16
**state** 37:6 47:5,15
    48:2,2,19,21 49:3
    49:12,15,16 51:17
    52:12,20 53:14
    54:9,9,10,20,21
    55:1,24 56:2
    58:15,21 59:5,12
    86:5
**statements** 76:23
**states** 1:1 4:7 23:14
**status** 41:11
**stay** 45:11 48:3
    50:9,11
**staying** 47:21 48:6
**stays** 83:7
**steadier** 75:8
**step** 25:6
**sticking** 58:13
**stipulate** 9:11
**stipulation** 9:11
**stop** 8:8 19:2 27:25
    43:8,15,16,16,21
    43:24,25 46:6
    47:7,9 54:14 62:7
**stopped** 54:7
**stops** 46:9 63:7

**store** 49:22,23
**stores** 55:7,19,20
    56:22,23
**story** 71:5
**street** 25:12
**strike** 64:23
**structure** 22:11
**stuber** 1:7 16:20
    17:2
**stuck** 79:7
**stuff** 19:2,6 21:8
    51:20 66:20 68:24
**submit** 34:10
**sued** 40:7,9,11
**suing** 40:16
**suite** 1:20 2:4 4:12
    4:15
**supervisor** 72:11
**support** 77:6,8,15
    77:17
**supposed** 14:13
    66:19 79:8
**sure** 6:1 7:1,17
    8:22 9:21 16:22
    44:12 50:22 65:24
    67:24 72:22 74:1
    77:12
**surge** 22:22 23:2
**surrounding** 44:16
**suspended** 39:18
**swear** 4:23
**swift** 1:11 3:11,13
    4:6,19 14:12 17:8
    18:16 21:5 26:18
    27:11,14 28:9,13
    28:15,18,21 29:2
    29:7,15,17,22
    30:6,24 31:2
    33:11,13,16,20,25
    34:1 35:18 36:7
    36:21 37:4 38:2
    39:7,8,13 41:19
    42:2 52:3 59:23
    60:2,5,12 61:10
    62:10,11,12 64:24
    65:16 72:9 74:12

78:4 79:24 83:19
    84:5 85:2
**sworn** 5:2 86:7
**system** 38:11

                  **T**
**t** 3:9 86:1,1
**tacoma** 1:2 4:8
**take** 7:13 25:6
    31:11,14,20 42:9
    42:11 43:23,24
    50:1 67:21 76:1
**taken** 1:19,24 5:8
    33:24 42:14 68:5
    78:10 83:21
**takes** 43:22 46:16
    59:6
**talk** 21:7 56:11
    66:12
**talked** 12:22 16:22
    17:14,22,23 22:9
    23:6 28:21 33:18
    63:25 76:3
**talking** 18:9,15
    23:5 30:14 68:11
**tarp** 81:25
**taught** 35:2
**tax** 66:19 67:18
**taxes** 59:19 66:23
**technically** 32:18
    82:2
**tell** 5:15 6:13 7:13
    8:21 9:19,22 10:2
    12:6 13:2 14:19
    15:22 22:13 27:20
    30:17 34:21,22
    35:17 39:6 43:14
    44:5,9 45:2 48:5,9
    52:3 57:2 60:2,5
    63:9 67:12 69:16
    70:11,12 72:8,11
    72:16,18,23,25
    73:2 74:8 75:13
    75:15 82:12 84:24
**telling** 9:19 37:22
**tells** 51:23

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                                                      Eric Dublinski

**ten** 13:23 25:15
27:12,12 30:21
35:7 44:1 50:3
59:8 67:5 69:15
79:1,16
**tenure** 62:10
**term** 81:14,16
**terminal** 17:8,10
21:5,11,11,13
26:2 34:18,22
45:8,23 61:19
64:3 74:11
**terminals** 74:21
**terminated** 28:6
**test** 31:12,14,23
32:9,12,15 33:6
33:21,22 34:4,4
34:11,12,15 35:1
35:1 36:1,5 39:4,4
39:5,8,9,10,10,11
39:14,15,15
**testified** 5:4 40:13
**testify** 9:24
**testifying** 5:11
**testimony** 5:20
8:10 9:20 31:4
33:15
**tests** 33:12,24 34:1
34:11
**thank** 9:16 15:14
20:23 54:2 80:14
**thats** 7:5,20 8:9,20
11:13 12:8 13:2
15:5,12 16:12,12
17:13 18:1 19:5
20:22 23:10,10,15
24:2 25:3 26:3
31:14 34:13 43:17
43:18 45:25 46:25
47:19 48:3,18,20
48:22,25 49:2,19
49:23 53:17,20,21
54:1,2,3,12 58:12
58:13 59:8,21
63:14 64:8,20
65:14,14 66:18,18

66:20 71:16 72:1
73:3 75:1 76:9
80:13 81:23,23
83:18 84:11,12
**theres** 18:5,11 19:1
25:14 58:13 79:21
**theyre** 13:12,14,20
18:15 19:4,6,7
22:23 23:17 34:7
36:3 60:20 79:8
81:3
**thing** 7:14 8:6
10:20 13:20 18:24
34:16
**things** 7:23 19:1
44:4 47:24 75:25
**think** 11:9 21:15,16
23:6 26:8 28:19
30:7 34:13,14
37:1 38:17,25
39:6,11,11 41:10
48:10 52:9,15
58:1 59:25 62:4
65:8,13,23 66:10
68:17,24,25,25
71:7 72:4 74:2
79:5,16 80:17,18
80:21
**thinking** 48:10
51:12 53:15,23
**thinks** 68:15
**third** 2:4
**thirty** 40:4 48:14
**thirtyone** 40:2
**thirtysix** 82:25
**thought** 18:12 20:8
36:3 40:19 64:9
67:16 72:25
**three** 15:1,4 16:5
18:23 22:14,18
23:3,12,18,23
32:17,24 49:19
50:2,25,25 51:2,7
51:10 55:8,17
57:21,22,22 58:4
58:5 61:16 62:5

71:11 74:7 78:24
79:22,23,23,25
**threequarters** 79:2
**throw** 83:5
**thursday** 1:24 4:1
44:5
**tim** 17:19,20
**time** 4:10 7:12 9:6
9:9 11:3,6 13:1
20:7 21:9 23:20
24:17 26:8 28:13
28:14 29:7 34:18
34:19 36:9,17
37:14 38:17 41:16
41:19 42:13,16
43:22 44:20 47:20
47:21,22 48:2,11
50:18,19,23 51:3
51:11,16,23 52:11
52:19 53:13 54:20
55:12,21,23 56:2
56:11 57:13,18,18
58:2,9,14 59:16
61:9 63:2,6 64:5,6
65:14 66:10 68:4
68:7,19 70:19
71:6 73:6 78:9,13
79:13 84:17,20
85:10,19
**times** 62:20 63:11
63:15 65:5 68:23
69:11,12,13 71:11
79:22,23,25 80:1
**timothy** 1:6 17:17
**tiny** 49:7,10,10
**titled** 83:19
**today** 5:10,15,18
5:19,25 6:11,25
7:20 8:15 9:20,24
10:2,4,5,18 11:16
11:21 12:7,20,25
43:2 48:10 85:9
**todays** 8:13
**told** 11:23 12:8,24
14:15 18:14 31:11
31:22 67:13 69:18

70:13,24 71:5
72:7,10 75:1,22
**top** 23:24 25:3
43:12 61:5
**topped** 25:5
**total** 51:11
**town** 49:8,10,12
**towns** 44:16,17
**track** 54:16
**traffic** 53:4 56:25
**training** 38:11
**transcript** 86:6
**transfer** 20:2,4
21:24 23:20 25:7
74:13
**transferred** 18:22
22:10,17 23:21,25
24:16,21 26:23
74:10,15,21,23
75:6,14
**transportation**
1:11 3:11,13 4:6
4:19 82:9 83:20
**trial** 8:15,17
**tricities** 25:14
**trip** 44:18 46:16
53:13 59:9 80:12
83:6,6
**troutdale** 20:12
**troy** 1:5 76:6
**truck** 19:11 26:4,22
26:25 29:9 32:3,8
36:23 38:24 42:5
54:7,15 74:21
**trucking** 29:18
32:18,25 60:9,13
60:16
**truckload** 81:22
**trucks** 27:21
**true** 48:22 58:10
86:8
**truth** 5:15 9:20,22
10:2 15:22
**truthfully** 9:24
**try** 6:24 7:23 8:3,8
15:23 20:9 56:25

57:3,9 60:21
**trying** 18:13 21:16
26:6,13 57:6
84:25 85:1
**tuesdays** 44:4
**turn** 46:13
**turned** 71:8,21
**turning** 71:23
**twentyfive** 28:2
**twentynine** 40:2
**twice** 57:11 58:2,15
**two** 7:23 16:10 20:8
24:23 25:4 33:8
34:7,11 36:2 44:1
45:11,14 47:2
55:7,19,25,25
56:3,3 57:20,21
62:4,9 79:21,22
**twopage** 82:9 83:18
**type** 8:1 34:23 67:6
74:11
**types** 62:9

━━━━━━━━━━
**U**
**uhhuh** 46:19 49:16
50:17 68:12 84:3
**uhuh** 32:4
**ulrich** 1:6 16:8
**ultimately** 36:21
**underscore** 40:23
40:25
**understand** 5:10
5:23 7:6,24 8:11
8:18,22 14:9 26:6
26:13 31:6,9
41:14 77:12 78:15
**understanding**
13:7 14:8 15:18
19:13,16 21:1,3
22:16 23:11 24:13
26:24 32:7,11
33:1,11,19,25
35:21 52:1,5
60:13,16 66:15
67:9,14 69:5
77:13 83:7

Slack, et al. v. Swift Transportation Co. of Arizona, LLC

Eric Dublinski

understood 7:10
unemployment
  40:15,21
unethical 73:3
united 1:1 4:7
unload 43:22 81:2
  81:22
unloaded 55:10,13
unloading 56:1
  81:17
unrightfully 14:12
upset 40:5
use 7:19
usual 44:11
usually 44:2,12
  46:4,9 58:19 59:1

**V**

v 86:4,16
vacation 41:21
  43:18
vague 58:11
valentines 40:6
variated 44:7
varies 47:17
variety 56:10
vary 44:16 55:10
vehicle 39:7,8
verbal 7:24
verbalize 8:3
versus 4:5 9:14
videographer 2:16
  4:4,22 9:5,8 42:12
  42:15 68:3,6 78:8
  78:12 84:16,19
  85:17
videotape 1:16
vs 1:10

**W**

wage 61:22
wait 8:8 65:23
waiting 79:9
waived 85:23
waiving 85:14
walla 25:22,22,23

25:23 26:1,1
27:15,15,23,23
29:1,1
walmart 45:25
49:11 53:6 60:18
60:23 78:18,19
want 5:17,18 13:10
16:24 25:6,7,9
42:5,18 44:19
45:5 51:25 53:17
54:1,3 56:11
66:12 67:23 71:25
73:2 76:4
wanted 26:11 30:8
39:1 71:8 73:4
warehouse 27:19
washington 1:1,21
4:1,8,12,15 18:23
19:21 20:2,4 21:9
21:25 22:3,11,15
22:17 23:6,21
25:12,13,20,22,24
26:1,13 27:1 37:7
44:14,15 46:5
47:5,10,14,15,21
48:3,6,12,19
49:16,20 52:12
54:21 55:14 56:19
58:22 59:12 75:3
75:7,14,20 85:2,5
85:6 86:5
washingtonbased
13:9 19:11 23:12
24:13 69:25 70:5
74:11
wasnt 26:17 30:15
36:2 68:13
waste 68:19
watching 37:14
way 5:21 9:18 10:5
15:23 44:15 45:5
46:9 55:4 57:9
63:8,9 65:19 77:5
wed 21:7
wednesdays 44:4
week 42:22,25 43:3

47:18 56:17 57:9
57:16,21,22 58:4
59:14,19 62:1
65:22 75:16,18
weekly 44:10 47:13
62:16
weeks 24:6 74:7
78:24
weibush 22:9
went 9:18 10:8
22:14 23:25 24:1
24:7,8 28:13,20
29:7 36:15 37:2
51:19 52:17,21,25
53:20 54:4 57:25
58:15,18 75:2
werner 29:19 60:11
west 2:8
western 1:1 4:8
weve 67:22
whats 14:7 41:11
whereof 86:10
widely 55:10
willing 9:11
withheld 14:12
witness 4:23 5:1
12:23 15:6 33:4
33:17 56:5 59:20
67:24 77:19 82:19
84:10 85:12,22
86:10
wont 54:8,8
words 26:14
work 17:9,9,11
27:13,16 29:17
34:6 36:12,13
42:22 43:3 48:21
51:7,11 58:4,25
59:1,21 61:2,18
62:11 71:22 73:4
75:8,17 83:4
workday 52:13
worked 23:23
27:15 41:19,23
54:9 61:10 62:1
64:14,19 75:9

78:22 84:22
working 16:24
26:16 27:11,14,25
28:15 29:14 45:7
51:17 52:12,20
53:9,13 54:21
55:1,13,24 58:21
61:13 62:2 64:17
83:25
works 73:11
wouldnt 30:21
52:24 53:3,10
wow 40:5 72:1 73:5
wrapping 81:12
writing 69:24
wrong 45:19

**X**

x 3:1,9

**Y**

yahoo 40:25
yeah 5:12 6:10,12
6:18,21 8:19
10:23 13:19,22
15:17 16:9 17:13
17:22 18:5 19:8
19:25 22:5,12
23:10,15 27:2,24
29:3,6,9,10 30:19
30:25 32:23 33:14
36:14 38:3 39:23
40:21,23 42:11
43:10 44:12 45:13
45:15,18 46:3,7
47:1,3 48:17,23
48:23 49:2,19
51:9 52:15 53:18
53:21 56:14 57:22
58:8,11 59:13
60:24 63:4 64:5
65:23 66:4 68:25
70:4 73:24 74:19
80:1,5 83:9
year 11:8 18:25
19:15,18,22 23:25

24:1,23 28:2 45:1
52:9,15,18 64:16
64:20 65:7,13
66:2,5 67:2 68:23
years 6:17 13:23
20:3 23:23 24:21
24:23,24,24 25:3
25:4,19,25 27:12
27:17 28:1 30:21
40:4 44:25 45:12
45:14 47:2 52:14
53:18 61:16 62:4
62:5 67:5,5,8,8
73:17,21 76:22
77:21 79:1,2
82:22
yep 41:25
youd 9:15 33:12
34:1 51:24 56:17
56:17 58:3
youll 8:13 46:6
young 2:16 4:13
youre 5:11 7:24
9:22 13:17 14:1,3
14:3,24,24 15:12
15:15 23:3 24:23
25:16 26:25 32:1
36:13 43:5,23
47:4,13,25 48:12
49:14 51:7 52:12
53:12 54:16 55:11
58:5 59:25 60:6
60:20 62:13 69:9
70:2,18 73:5 77:6
78:15 79:8,14,14
81:1 82:24 83:2
83:10 84:24,25
youve 6:3,11 12:24
13:3 14:1 35:18
41:19,23 62:9
69:2,16 75:22
76:6 77:14,14
79:24 82:12 83:13
83:21

**Z**

Slack, et al. v. Swift Transportation Co. of Arizona, LLC                    Eric Dublinski

**zipped** 41:12,13,16

---

**0**

**000** 59:15
**04** 65:19
**05** 65:19 84:17
**06** 3:14 84:20
**07** 85:19,21
**09** 3:12

---

**1**

**1** 3:11,14 55:11
  82:6,7 84:17,20
  85:19,21
**10** 42:13,14,14,16
  43:16,20
**11** 46:20 50:1 58:24
  67:22 68:4,5,5,7
  78:9
**110** 59:16
**11cv05843** 1:3 4:7
**11th** 25:12
**12** 3:14 48:14,20,21
  78:9,10,10,11,13
**1200** 59:19
**12hour** 51:13
**14** 1:24 4:1 58:25
  59:1 86:8
**1411** 4:14
**1420** 1:20 4:11
**14ish** 50:4
**14th** 4:11
**15** 35:15 36:19
  62:21,22 68:1
**150** 80:12,12
**150mile** 83:5
**1571** 25:12
**163** 2:8
**17th** 2:13
**18** 28:1
**19** 6:16
**1929** 2:4
**1977** 27:8

---

**2**

**2** 3:13 68:8 83:15

83:16,18 85:20
**20** 64:6
**2000** 41:10
**2003** 29:13 37:10
  37:10 65:19
**2006** 24:16 26:11
  26:23 45:8 57:10
  78:20 83:25 84:2
**2007** 66:11
**2008** 5:21 41:20
  43:1 44:20,20
**2011** 46:25 48:4,10
  48:22 49:13 57:10
**2013** 1:24 4:1,11
  86:8,11
**21** 86:11
**24** 9:23
**25** 6:16 83:3
**2500** 65:6
**29** 3:12 42:13,14
  68:4,5 84:4
**2900** 59:15

---

**3**

**3** 1:3 4:7 59:15
**30** 24:18 44:2 48:21
  63:11,15,17 67:22
  79:19 83:5,6,10
**30day** 48:13
**3236** 1:25
**35** 4:2,10 24:7,8
  25:25
**35203** 2:5
**36** 24:7,8 59:16
**36302** 2:9
**38** 50:6,7
**39** 9:6 22:23

---

**4**

**4** 3:12 54:9
**40** 9:9 62:1
**4100** 1:20
**4200** 4:12
**45** 44:2 49:8
**48** 42:14,16

---

**5**

**5** 3:4
**50** 47:22 48:1,3,16
  65:21 66:5,7
  80:21
**55** 68:5,7
**56** 78:11,13

---

**6**

**63** 42:24,25
**65** 54:9
**69** 42:24,25

---

**7**

**7** 49:23
**70** 6:17 59:22
**73** 20:16
**78** 27:8

---

**8**

**800** 2:4
**82** 3:11
**820** 4:15
**83** 3:13

---

**9**

**9** 4:2,10 9:6,9
**927** 2:9
**941114109** 2:13
**95** 49:9
**98101** 1:21 4:15
**99** 83:3