UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY SLACK, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>               Defendant. | CASE NO. C11-5843 BHS<br><br>ORDER REQUESTING RESPONSE, SETTING BRIEFING SCHEDULE, AND RENOTING MOTION |

      This matter comes before the Court on Defendant Swift Transportation Co. of Arizona, LLS's ("Swift") motion for reconsideration (Dkt. 84).

      On June 28, 2013, Plaintiffs Troy Slack, Eric Dublinski, Richard Erickson, Sean P. Forney, Jacob Grismer, Timothy Helmick, Henry M. Ledesma, Scott Praye, Gary H. Roberts, and Dennis Stuber's ("Plaintiffs") filed a motion for class certification. Dkt. 40. On November 20, 2013, the Court granted the motion in part and denied it in part. Dkt. 83. On December 4, 2013, Swift filed a motion for reconsideration. Dkt. 84.

      No response to a motion for reconsideration shall be filed unless requested by the court. No motion for reconsideration will be granted without such a request. Local Rule CR 7(h)(3).

ORDER - 1

1  In this case, the Court requests a response from Plaintiffs.  They may file a
2 response no later than January 3, 2013.  Swift may file a reply no later than January 10,
3 2014.  Swift's motion is renoted for consideration on the Court's January 10, 2014
4 calendar.
5  **IT IS SO ORDERED.**
6  Dated this 9th day of December, 2013.

BENJAMIN H. SETTLE
United States District Judge