UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

The Honorable Benjamin H. Settle

| | |
|---|---|
| TROY SLACK, JACOB GRISMER, RICHARD ERICKSON, SCOTT PRAYE, GARY H. ROBERTS, ROBERT P. ULRICH, HENRY LEDESMA, TIMOTHY HELMICK, DENNIS STUBER, ERIC DUBLINSKI, SEAN P. FORNEY, individually, and on behalf of the Certified Class,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>　　　　Defendant. | CLASS ACTION<br>No. 3:11-cv-05843-BHS<br><br>**DECLARATION OF ANGELA J. MASON IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF NOTICE PLAN AND NOTICE FORM**<br><br>Note on Motion Calendar: [05-22-15]<br><br>Complaint Filed: September 9, 2011 |

### DECLARATION OF ANGELA J. MASON

I, ANGELA J. MASON, hereby declare and state as follows:

1.　I am an attorney admitted to practice before the state and federal courts in the State of Alabama. I am admitted Pro Hac Vice to the United States District Court for the Western District of Washington. I am a Partner with the Cochran Firm and counsel for the Plaintiffs in the above-styled case. I have personal knowledge of the following and, if called and sworn as a witness, I could and would competently testify thereto.

2.　**Exhibit 1** is a true and accurate copy of Plaintiffs' Proposed Notice.

3.　**Exhibit 2** is a true and accurate copy of Plaintiffs' Notice Plan.

4.　**Exhibit 3** is a true and accurate copy of the Declaration of Plaintiff Jacob Grismer, including the attachment authenticated by Jacob Grismer through his Declaration.

Declaration of Angela J. Mason in Support of
Plaintiffs' Motion for Approval
Of Class Certification Notice and Notice Plan - 1

NELSON BOYD, PLLC
411 University Street, Ste 1200
Seattle, WA  98010
(206) 971-7601

5. **Exhibit 4** is a true and accurate copy of the deposition of Tim Helmick taken in this matter and includes portions of the depositions marked or highlighted by Plaintiffs' counsel pursuant to local rule.

6. **Exhibit 5** is a true and accurate copy of the deposition of Dennis Stuber taken in this matter and includes portions of the depositions marked or highlighted by Plaintiffs' counsel pursuant to local rule.

7. **Exhibit 6** is a true and accurate copy of the deposition of Robert Ullrich taken in this matter and includes portions of the depositions marked or highlighted by Plaintiffs' counsel pursuant to local rule.

8. **Exhibit 7** is a true and accurate copy of Exhibit 6 to the deposition of Sarah Koogle taken in this matter.

9. **Exhibit 8** is a true and correct copy of Swift's version of a suitable notice in a previous Class Action matter which was certified in the Superior Court of Arizona, Maricopa County.

10. **Exhibit 9** is a true and accurate copy of Plaintiffs' Amended Requests for Production of documents for Class Notice.

11. **Exhibit 10** is a true and accurate copy of Defendant's Responses to Plaintiffs' Amended Request for Production for Class Notice.

12. **Exhibit 11** is a true and accurate copy of the deposition of Michael Ruchenski taken in this matter and includes portions of the depositions marked or highlighted by Plaintiffs' counsel pursuant to local rule.

Date:   May 8, 2015.

/s/ Angela J. Mason
ANGELA J. MASON

Declaration of Angela J. Mason in Support of
Plaintiffs' Motion for Approval
Of Class Certification Notice and Notice Plan - 2

NELSON BOYD, PLLC
411 University Street, Ste 1200
Seattle, WA  98010
(206) 971-7601

1   DATED this 8th day of May, 2015.

2

3

4                                              THE COCHRAN FIRM – DOTHAN, PC

5
                                               /s/ Angela J. Mason
6                                              **ANGELA J. MASON (Admitted Pro Hac Vice)**
                                               angelamason@cochranfirm.com
7                                              **JOSEPH D. LANE (Admitted Pro Hac Vice)**
                                               jlane@cochranfirm.com
8                                              **J. FARREST TAYLOR (Admitted Pro Hac Vice)**
                                               ftaylor@cochranfirm.com
9
                                               111 East Main Street
10                                             Dothan, Al 36301
                                               (334)673-1555
11

12                                             **DEBORAH M. NELSON, WSBA #23087**
                                               nelson@nelsonboydlaw.com
13                                             **JEFFREY D. BOYD, WSBA #41620**
                                               boyd@nelsonboydlaw.com
14
                                               **NELSON BOYD, PLLC**
15                                             411 University Street, Ste 1200
                                               Seattle, WA  98010
16                                             (206) 971-7601

17
                                               **ROBERT J. CAMP**
18                                             rcamp@wcqp.com
                                               **WIGGINS, CHILDS, QUINN & PANTAZIS**
19                                             301 19th Street North
                                               Birmingham, Alabama 35203
20                                             (205) 314-0500
21                                             *Attorneys for Plaintiffs*

22

23

24

25

26

27

28

Declaration of Angela J. Mason in Support of                              NELSON BOYD, PLLC
Plaintiffs' Motion for Approval                                       411 University Street, Ste 1200
Of Class Certification Notice and Notice Plan - 3                            Seattle, WA  98010
                                                                                (206) 971-7601

# CERTIFICATE OF SERVICE

    I, hereby certify that on this 8th day of May 2015, the foregoing was electronically filed with the Clerk of the United States District Court for the Western District of Washington, Seattle, using the CM/ECF system, which will send notification of such filing to the below counsel:

Rudy A. Englund, Esq.
EnglundR@LanePowell.com
**Lane Powell, PC**
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338

Ellen Brochetti, Esq.
Ebronchetti@sheppardmullin.com
Paul Cowie, Esq.
pcowie@sheppardmullin.com
**Sheppard Mullin Richter & Hampton LLP**
379 Lytton Avenue
Palo Alto, CA  94301-1479

            /s/Angela J. Mason
            **ANGELA J. MASON**

Declaration of Angela J. Mason in Support of
Plaintiffs' Motion for Approval
Of Class Certification Notice and Notice Plan - 4

NELSON BOYD, PLLC
411 University Street, Ste 1200
Seattle, WA  98010
(206) 971-7601