UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TROY SLACK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,<br><br>        Defendant. | CASE NO. C11-5843 BHS<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT CLASS COUNSEL |

This matter comes before the Court on Plaintiffs Eric Dublinski, Richard Erickson, Sean P. Forney, Jacob Grismer, Timothy Helmick, Henry M. Ledesma, Scott Praye, Gary H. Roberts, Troy Slack, Dennis Stuber, and Robert P. Ulrich's ("Plaintiffs") motion to appoint class counsel (Dkt. 134).

On August 17, 2015, the Court granted Hagens Berman Sobol & Shapiro, LLP ("Hagens Berman") leave to file a motion to appoint class counsel. Dkt. 133. On August 21, 2015, Plaintiffs filed the motion. Dkt. 134. Although Defendant Swift

ORDER - 1

1 | Transportation Co. of Arizona, LLC did not respond to the instant motion, it did oppose
2 | the previous request for leave to appoint new counsel.  Dkt. 129.
3 |     Upon review of the motion, the arguments in opposition, and the remaining
4 | record, the Court finds that Hagens Berman has shown that is adequate counsel under
5 | Fed. R. Civ. P. 23(g)(1) and (4).  Therefore, the Court **GRANTS** the motion to appoint
6 | Hagens Berman as class counsel.
7 |     The current scheduling order (Dkt. 102) and Plaintiffs' motion to stay expert
8 | discovery deadline (Dkt. 137) are hereby **STRICKEN**.  The parties shall meet and confer
9 | and submit a new proposed pretrial and trial schedule to the Court as soon as possible,
10 | but no later than September 18, 2015.
11 |     Dated this 2nd day of September, 2015.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge