The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TROY SLACK, JACOB GRISMER, RICHARD ERICKSON, SCOTT PRAYE, GARY H. ROBERTS, ROBERT P. ULLRICH, HENRY LEDESMA, TIMOTHY HELMICK, DENNIS STUBER, ERIC DUBLINSKI, SEAN P. FORNEY, individually and as Class Representatives, <br><br> Plaintiffs, <br><br> v. <br><br> SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, <br><br> Defendant. | CLASS ACTION <br><br> No. 3:11-cv-05843-BHS <br><br> FINAL JUDGMENT |

For the reasons set forth in this Court's Final Approval Order in this matter as to the following class of persons:

> All current and former Swift employee dedicated drivers who were assigned by Swift to a Washington position and/or terminal from July 18, 2008 through October 10, 2017; and who were paid by the mile and worked in excess of forty hours in a week; or who participated in and completed Swift's new driver Orientation Program in a Washington location; or who participated in Swift's Per Diem program for mileage-based drivers ("Class").

FINAL JUDGMENT - 1
Case No. 3:11-cv-05843-BHS
010532-11  1088995 V1



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1 **JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58,
2 as to the above-specified Class, Plaintiffs Troy Slack, Jacob Grismer, Richard Erickson, Scott
3 Praye, Gary Roberts, Robert P. Ullrich, Timothy Helmick, Dennis Stuber, Sean Forney, Henry
4 Ledesma, and Eric Dublinski ("Plaintiffs"), and Defendant Swift Transportation Company of
5 Arizona LLC ("Swift") on the terms and conditions of the Class Action Settlement Agreement
6 and Release (the "Settlement Agreement") and Amendment No. 1 to the Class Action Settlement
7 Agreement and Release (Amendment No. 1) approved by the Court's Final Approval Order,
8 dated February 14, 2019.

9 The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth
10 in the Settlement Agreement, with Amendment No. 1, incorporated into the Final Approval
11 Order. The Court further confirms that consistent with Amendment No. 1, "Dedicated Driver"
12 means any current or former employee driver who was assigned by Swift to a terminal and/or
13 customer facility physically located in the State of Washington and, during that assignment,
14 drove routes for a single specified customer account. The Court also further confirms that
15 consistent with Amendment No. 1 to the Settlement Agreement, "Dedicated Drivers" means
16 those who have been identified by the means specified in Amendment No. 1 to the Settlement
17 Agreement.

18 All Released Claims of Plaintiffs and the Class are hereby released as against Swift and
19 the Released Parties, as defined in the Settlement Agreement.

20 The claims of Plaintiffs and the Class are dismissed on the merits and with prejudice in
21 accordance with the Court's Final Approval Order.

22 Plaintiffs and the Class are forever barred and permanently enjoined from directly,
23 indirectly, representatively, or in any other capacity filing, commencing, prosecuting, continuing,
24 litigating, intervening in, participating in as class members or otherwise, or receiving any
25 benefits or other relief from, any lawsuit or arbitration, or other proceeding against any of the
26 Released Party in any jurisdiction based on the Released Claims.

27 The Parties shall bear their own costs and attorneys' fees, except as otherwise set forth in
28 the Final Approval Order.

FINAL JUDGMENT - 2
Case No. 3:11-cv-05843-BHS
010532-11 1088995 V1



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

1  This document constitutes a final judgment and separate document for purposes of
2  Federal Rule of Civil Procedure 58(a).
3  The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this
4  Final Judgment should be entered and that there is no just reason for delay in the entry of this
5  Final Judgment as to Plaintiffs, the Class, and Swift. Accordingly, the Clerk is hereby directed to
6  enter Judgment forthwith.

**IT IS SO ORDERED**.

**JUDGMENT ENTERED** this 14th day of February, 2019.

BENJAMIN H. SETTLE
United States District Judge

*Presented by*:

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Steve W. Berman*
By:  */s/ Thomas E. Loeser*
By:  */s/ Jeniphr Breckenridge*
   Steve W. Berman, WSBA #12536
   Thomas E. Loeser, WSBA# 38701
   Jeniphr Breckenridge, WSBA #21410
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com
jeniphr@hbsslaw.com

*Attorneys for Plaintiffs*

